| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Uni-Pixel, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 30, 2017**       X **/s/ Jeff Hawthorne**
Signature of individual signing on behalf of debtor

**Jeff Hawthorne**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADD STAFF, Inc<br>2118 Hollow Brook Drive<br>Colorado Springs, CO 80918 | | | | | | $66,535.06 |
| Aerotek Inc.<br>3689 Collection Center Drive<br>Chicago, IL 60693 | | | | | | $370,286.19 |
| Alliance Advisors<br>200 Broadacres Drive<br>3rd Floor<br>Bloomfield, NJ 07003 | | | | | | $55,982.00 |
| BVA Group<br>7250 Dallas Parkway #200<br>Plano, TX 75024 | | | | | | $344,248.59 |
| Crowell & Moring LLP<br>Lockbox: PO Box 75509<br>Baltimore, MD 21275-5509 | | | | | | $690,618.43 |
| DTI<br>PO Box 936158<br>Atlanta, GA 31193-6158 | | | | | | $90,789.22 |
| DuPont Teijin Films<br>PO Box 198150<br>Atlanta, GA 30384-8150 | | | | | | $140,539.05 |
| Emerging Memory Solutions<br>5671 Snowdon Place<br>San Jose, CA 95138 | | | | | | $188,325.00 |

| Debtor | Uni-Pixel, Inc. | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fisher Scientific**<br>Acct. # 955207-001<br>13551 Collections Ctr Dr<br>Chicago, IL 60693 | | | | | | $95,022.83 |
| **King & Spalding LLP**<br>PO Box 116133<br>Atlanta, GA 30368-6133 | | | | | | $1,415,168.11 |
| **Lytham Partners, LLC**<br>3800 North Central Ave.<br>Suite 750<br>Phoenix, AZ 85012 | | | | | | $52,010.47 |
| **Microchip Technology**<br>2355 West Chandler Blvd.<br>Chandler, AZ 85224 | | | | | | $548,163.97 |
| **Nixon Peabody Attorneys at Law**<br>P.O. Box 28012<br>New York, NY 10087-8012 | | | | | | $63,863.88 |
| **Pepper Hamilton LLP**<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood City, CA 94065 | | | | | | $71,561.65 |
| **Photronics, Inc.**<br>P.O. Box 911369<br>Dallas, TX 75391-1369 | | | | | | $56,825.00 |
| **Securities and Exchange Commission**<br>Enterprise Services Center<br>Accounts Receivable Branch<br>6500 South MacArthur Blvd.<br>Oklahoma City, OK 73169 | | **SEC Settlement** | | | | $505,000.00 |

| Debtor | Uni-Pixel, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Shenzhen Top Group Technology Co. Ltd.<br>Detai Industrial Park, Building 3 Hua Ro<br>Langkou<br>Community Dalang Street<br>Longhua New District Shenzhen<br>CHINA | | | | | | $100,963.42 |
| Thomas Swan & Co., Ltd.<br>Rotary Way<br>Consett CO. Durham DH8 7ND<br>England<br>UNITED KINGDOM | | | | | | $72,457.80 |
| TJ Sales Associates, Inc.<br>P.O. Box 95<br>Denville, NJ 07834 | | | | | | $64,620.00 |
| Veritiv ( XPEDX)<br>PO Box 677319<br>Dallas, TX 75267-7319 | | | | | | $70,961.50 |