McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
MICHAEL C. ABEL (CSBN 187743)
THOMAS B. RUPP (CSBN 278041)
219 9th Street
San Francisco, California 94103
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Proposed Attorneys for
Debtor Uni-Pixel, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>UNI-PIXEL, INC.,<br><br>　　　　Debtor. | Case No. 17-52100-MEH<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL C. ABEL IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND LIST OF EQUITY SECURITY HOLDERS**<br><br>Judge:　Hon. M. Elaine Hammond |

I, Michael C. Abel, declare:

1.　　I am an attorney at law, licensed by the State Bar of California, and I am admitted to practice before this Court. I am an attorney with the law firm of McNutt Law Group LLP ("MLG" or "Firm"), proposed bankruptcy counsel for Uni-Pixel, Inc. ("Debtor" or "Uni-Pixel"), the debtor-in-possession in the above-captioned Chapter 11 case. This declaration is submitted in support of the *Ex Parte* Application for Order Extending Time to File Schedules, Statement of Financial Affairs, and List of Equity Security Holders (the "Application to Extend Time") filed concurrently herewith.

2. The Debtor filed its voluntary petition under Chapter 11 of Title 11 of the United States Code on August 30, 2017 (the "Petition Date") [Docket No. 1], along with its wholly-owned subsidiary, Uni-Pixel Displays, Inc. ("Displays").

3. The bankruptcy case of Displays is pending before this Court as Case No. 17-52101.

4. The bankruptcy cases of the Debtor and Displays are inextricably related, and a motion for joint administration of these two cases is forthcoming.

5. An identical *ex parte* application will be filed in the Displays case.

6. The Court issued the ORDER FOR NON-INDIVIDUAL DEBTOR(S) IN CHAPTER 11 CASE TO FILE REQUIRED DOCUMENTS AND NOTICE OF AUTOMATIC DISMISSAL OF CASE IN EVENT OF FAILURE TO COMPLY on August 31, 2017 [Docket No. 5].

7. Pursuant to this order, the additional documents required, including schedules, statement of financial affairs, and list of equity security holders (the "Required Documents"), are to be filed by Wednesday, September 13, 2017.

8. Due to the complexities of the Debtor's business and financial situation, the Debtor has not been able to finish preparing the Required Documents and respectfully requests that the deadline to file the Required Documents be extended to September 25, 2017.

9. I do not believe that a brief extension of time will prejudice any parties, and I believe an extension will facilitate preparation of more complete and accurate documents.

10. A copy of the Application to Extend Time is being served upon the US Trustee pursuant to Federal Rule of Bankruptcy Procedure 1007(c).

11. No committee has yet been appointed in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed in San Francisco, California on September 12, 2017.

        /s/ *Michael C. Abel*
        Michael C. Abel

Case: 17-52100    Doc# 20    Filed: 09/12/17    Entered: 09/12/17 15:42:56    Page 2 of 2