Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 25, 2017**     *X* **/s/ Jeff Hawthorne**
                                         Signature of individual signing on behalf of debtor

                                         **Jeff Hawthorne**
                                         Printed name

                                         **Principal Executive Officer**
                                         Position or relationship to debtor

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 1 of 57

**Fill in this information to identify the case:**

Debtor name   **Uni-Pixel, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **17-52100 MEH**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
                 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................  $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................  $     **6,165,051.10**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................  $     **6,165,051.10**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $     **621,492.54**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................  $     **61,542.15**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$     **6,457,991.66**

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b      $     **7,141,026.35**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Silicon Valley Bank** | **Checking** | **5187** | $943.80 |
| 3.2. | **Bridge Bank** | **Checking** | **4079** | $0.00 |
| 3.3. | **Taipei Fubon Bank** | **Checking** | **8898** | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $943.80 |

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

   7.1.   **Security Deposit for Santa Clara Office Lease**      $12,500.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

|  |  |  |
|---|---|---|
| 7.2. | **Security Deposit with International Financial Services Corp. for Master Lease #16-189** | $29,725.00 |

|  |  |  |
|---|---|---|
| 7.3. | **Security Deposit with International Financial Services Corp. for Master Lease #16-189** | $89,770.00 |

|  |  |  |
|---|---|---|
| 7.4. | **Security Deposit with Boston Financial for Reactor and Plate Dryer** | $62,709.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.           **$194,704.00**

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **528,062.30**    -    **0.00**   = ....    **$528,062.30**

                   face amount                   doubtful or uncollectible accounts

12.    **Total of Part 3.**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.           **$528,062.30**

## Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:           % of ownership | | |
| 15.1.    **Uni-Pixel Displays, Inc.**     **100** % | **N/A** | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
   Describe:

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

17.    **Total of Part 4.**

      Add lines 14 through 16.  Copy the total to line 83.

|  | **$0.00** |
|---|---|

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Chemicals stored at Colorado Springs Facility and Rinchem storage** | | **Unknown** | | **Unknown** |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Finished Goods from 18 product lines** | | **Unknown** | **N/A** | **$319,566.00** |
| 22. **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**

      Add lines 19 through 22.  Copy the total to line 84.

|  | **$319,566.00** |
|---|---|

24.    **Is any of the property listed in Part 5 perishable?**

    ■ No

    ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ■ No

    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 5 of 57

| | | | | |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Furnishings at Corporate office in Santa Clara** | Unknown | Liquidation | Unknown |
| | **Office Furnishings at R&D Facility in Colorado Springs** | Unknown | Liquidation | Unknown |
| | **Office Furnishings at former R&D location in The Woodlands, TX** | Unknown | Liquidation | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers at Santa Clara and Colorado Springs Offices** | Unknown | N/A | $6,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $6,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Manufacturing Equipment at Colorado Springs Facility**<br><br>**[See Ex. 50 Appraisal]** | Unknown | Appraisal | $5,115,775.00 |

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 6 of 57

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $5,115,775.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** **16 issued patents and 58 pending patent applications** | Unknown | | Unknown |
| **Registered Trademarks for "UniPixel" and "Diamond Guard"** **"XTouch" trademark pending** | Unknown | | Unknown |
| 61.    **Internet domain names and websites** **unipixel.com** | Unknown | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Part 11:     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

☐ Yes Fill in the information below.

Case: 17-52100     Doc# 29     Filed: 09/25/17     Entered: 09/25/17 20:54:23     Page 8 of 57

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $943.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $194,704.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $528,062.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $319,566.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,115,775.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,165,051.10 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,165,051.10 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 9 of 57



**EQUIPMENT APPRAISED & PHOTOGRAPHS**

**UNIPIXEL**
**PERSONAL PROPERTY APPRAISAL**
**ORDERLY LIQUIDATION VALUE AS OF JULY 18, 2017, 2018, 2019, 2020**
*VALUES ARE ROUNDED*

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|---|---|---|---|---|---|---|---|
| 1 | B2 | 1 | COATING MACHINE, EMERSON & RENWICK, FOR FILM WITH A DUAL UNWIND STATION FOR AUTOMATIC TRANSFER W/CONTROLLER INCLUDING:<br>TEKNEK WEB CLEANER;<br>BASE COAT FOR PHOTO RESIST LAYER;<br>OVEN #1 (FOR DRYING AFTER BASE COAT), S/N CT1055-01-US ROSTRON DRYING SYSTEM, 2.5-METRE AIRFLOTATION DRYER;<br>IDLE DRIVE & ALIGNMENT ROLLERS:<br>CATALYST APPLICATOR ROLL SYSTEM;<br>DBL. OVEN #2 (FOR DRYING AFTER CATALYST), S/N CT1055-02-US ROSTRON DRYING SYSTEM, 4.8-METRE AIRFLOTATION DRYER;<br>IDLE DRIVE & ALIGNMENT ROLLER TOWER #2;<br>TOP COAT APPLICATOR TOWER;<br>DBL. OVEN #3 (FOR DRYING AFTER ADDITIONAL COAT), S/N CT1055-03-US ROSTRON DRYING SYSTEM, 4.8-METRE AIRFLOTATION DRYER;<br>TOWER FOR ALIGNMENT IDLE & DRIVE ROLLER W/FRAMING;<br>TEKNEK WEB CLEANER;<br>REWIND SYSTEM;<br>NANO CALC MDL. 2000 WITH OCEANOPTICS MP-2000 LIGHT SOURCE & SPECTROMETER;<br>PRE-FILTER IN MIX SYSTEM FOR CHEMICALS;<br>COMPUTER & DISPLAY FOR NANO CALC SYSTEM;<br>ALPHASONICS 5603350 ROLLER CLEANER SYSTEM (KNOWN AS SF ANALOX CLEANER);<br>MISC. FOR LAB SCALE PREPARATION;<br>MAIN CONTROL SYSTEM;<br>APPROX. (30) ROLLER GRAVERS CHROME TYPE WITH CABINET FOR STORAGE;<br>(3) PORT. CLEANER STANDS PRIMARILY USED FOR REBUILDING CHAMBERS;<br>ULTRASOURCE CP1006010 PACKLINE FILM TRANSPORT HANDLER W/ELECTRICS & DBL. SIDE HANDLING CREEL;<br>SHOP BUILT 3-LIGHT INSP. STAND, PORT. MTD.;<br>ELECTRICAL LOGIC SYSTEM W/RITTAL CABINET, S/N 024906;<br>MACHINE COMPLETE W/FANS, BLOWERS, DUCTWORK, ELECTRICAL, TUBING, PIPING, ETC.;<br>NOTE: THE REFRIGERATION CHILLER SYSTEM IS NOT USED BY UNIPIXEL, BUT A PART OF THIS UNIT. | $550,000 | $503,500 | $462,100 | $413,800 |

# UNIPIXEL
## PERSONAL PROPERTY APPRAISAL
## ORDERLY LIQUIDATION VALUE AS OF JULY 18, 2017, 2018, 2019, 2020
### *VALUES ARE ROUNDED*

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|-------|------|-----|-------------|------------------|-----------------|-----------------|-----------------|

**PHOTOS ARE FOR ENTRY 1**







FRONT - UNWIND TO LAST STATION    FRONT - UNWIND TO LAST STATION    FRONT - UNWIND TO LAST STATION    FRONT - UNWIND TO LAST STATION    FRONT - UNWIND TO LAST STATION






BACK OF UNIT    BACK OF UNIT    BACK OF UNIT    BACK OF UNIT






BACK OF UNIT    ONE LOGIC SYSTEM    ELECTRICAL CABINET    SHOP BUILT INSPECTION BOARD

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|-------|------|-----|-------------|------------------|-----------------|-----------------|-----------------|
| 2 | B2 | 1 | STRAPPING MACHINE, FOR POLY BY ULINE, MDL. H-959 | $250 | $220 | $205 | $190 |







MAIN PRINTING PRESS USED AS A COATER    BACK SIDE OF PRESS    PLATE MOUNTER    PAYOUT AND ROLL UP ENDS    PAYOUT AND ROLL UP ENDS

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|---|---|---|---|---|---|---|---|
| 3 | B2 | 1 | BAR SEALER, USED FOR FINISHED PRODUCTS, BAGGER 106, STAR, MDL. MKVI, COMP. W/PORT. FRAMEWORK | $1,100 | $990 | $915 | $840 |
| 4 | B2 | 1 | VISCOMETER, BROOKFIELD, MDL. DV-E, TABLE MTD., COMP. W/BROOKFIELD TC-150 DIGITAL DISPLAY & WATER HEATER | $775 | $665 | $615 | $565 |
| 5 | B2 | 1 | PRINTER, PLEXOGRAPHIC, MARK ANDY, 7-STATION (ONLY ONE STATION USED), MACHINE USED FOR COATING W/PROTECTIVE LAYER ON FILM, INCL. BUT NOT LIMITED TO: SCRAP PULL-OFF UNIT (KNOWN AS POWER R2 UNIT); STANDARD FLEXOGRAPHIC FORM PRINTER; MARK ANDY BPM 400 PLATE MOUNTER W/2' CONTROLS; (2) TRIVIEW TLM 1506 FLAT SCREENS; (4) GEW E-BRICK UNITS ON STAND AS UV POWER SOURCE FOR UV LAMPS IN PRESS (USED FOR CURING IN PRESS), W/HYPERCHILL PRECISION CHILLED WATER BLOCK CHILLER FOR PRINTING PRESS (USED FOR TEMPERATURE OF ROLLERS), W/ALL ROLLERS & ACCESS. THROUGHOUT; TRESU FOR CHEMICALS W/PUMP & ACCESS.; ALPHASONICS MELANIF 1120-3350 DS/6 ANALOX CLEANER BETA SOUND SOLO, W/STAND; NOTE: USED ONLY FOR COATING W/PROTECTIVE LAYER, CONSIDERED AS PRINTING PRESS CAPABABLE W/VERY LITTLE ALTERATION REQUIRED TO RETURN TO IT'S HIGHEST AND BEST USE AS A PRINTING PRESS | $65,000 | $66,250 | $61,300 | $56,300 |
| 6 | B2 | 1 | VIEWING BOX, VERIVIDE, (INDICATED AS BOX 104), W/CONTROLS & STAND  | $200 | $245 | $225 | $210 |
| 7 | B2 | 1 | INSPECTION UNIT, MICRO-VU, FOR INSP. OF PANELS, COMP. W/COMPUTER & ACCESS.  | $1,000 | $885 | $815 | $750 |

# UNIPIXEL
# PERSONAL PROPERTY APPRAISAL
## ORDERLY LIQUIDATION VALUE AS OF JULY 18, 2017, 2018, 2019, 2020
### *VALUES ARE ROUNDED*

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|-------|------|-----|-------------|------------------|-----------------|-----------------|-----------------|
| 8 | B2 | 1 | INSPECTION TOOL, KEYENCE, MDL. VK-X200, COMP. W/COMPUTER & SCREEN | $45,000 | $42,250 | $39,100 | $35,900 |
| 9 | B2 | 1 | CLEANER, COST EFFECTIVE EQUIPMENT (CEE), S/N C804510-001, W/CABINETRY | $11,500 | $14,950 | $13,850 | $12,700 |
| 10 | B2 | 1 | MICROSCOPE, NIKON, OPTIPHOT, MDL. 200, COMP. W/COMPUTER, STEREO-OPTIC STAND | $4,250 | $3,950 | $3,650 | $3,350 |
| 11 | B2 | 1 | LIFT UNIT, ELEC., ALUM-A-LIFT, SPECIAL FOR ROLLS | $1,500 | $1,280 | $1,190 | $1,090 |
| 12 | B2 | 1 | REFRIGERATOR, MAXX COLD, MDL. MXCR-72FD, 3-DOOR, STAINLESS STEEL | $1,600 | $1,990 | $1,840 | $1,690 |

**PHOTOLITHOGRAPHY LINE**

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|-------|------|-----|-------------|------------------|-----------------|-----------------|-----------------|
| 13 | B4 | 1 | REEL-TO-REEL EXPOSURE MACHINE, CIPOSA OPTOLINE 2200 (SWITZERLAND), TYPE 5.024867, S/N 005, MFD. 2013, W/ELEC. & ACCESS. | $229,450 | $210,600 | $188,600 | $179,200 |

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|---|---|---|---|---|---|---|---|
| 14 | B4 | 1 | REEL-TO-REEL EXPOSURE MACHINE, CIPOSA OPTOLINE 2200 (SWITZERLAND), TYPE 5.024867, S/N 003, MFD. 2013, W/ELEC. & ACCESS. | $229,450 | $210,600 | $188,600 | $179,200 |
| 15 | B4 | 1 | REEL-TO-REEL EXPOSURE MACHINE, CIPOSA OPTOLINE 2200 (SWITZERLAND), TYPE 5.024867, S/N 004, MFD. 2013, W/ELEC. & ACCESS. | $229,450 | $210,600 | $188,600 | $179,200 |
| 16 | B4 | 1 | REEL-TO-REEL EXPOSURE MACHINE, CIPOSA OPTOLINE 2200 (SWITZERLAND), TYPE 5.024867, S/N 002, MFD. 2013, W/ELEC. & ACCESS. | $229,450 | $210,600 | $188,600 | $179,200 |
| 17 | B4 | 1 | REEL-TO-REEL EXPOSURE MACHINE, CIPOSA OPTOLINE 2200 (SWITZERLAND), TYPE 5.024867, S/N 001, MFD. 2013, W/ELEC. & ACCESS. | $229,450 | $210,600 | $188,600 | $179,200 |
| 18 | B4 | 1 | REEL-TO-REEL EXPOSURE MACHINE, CIPOSA OPTOLINE 2200 (SWITZERLAND), TYPE 5.024867, S/N 006, MFD. 2013, W/ELEC. & ACCESS. | $85,000 | $73,200 | $64,900 | $55,200 |
| 19 | B4 | 1 | REEL-TO-REEL EXPOSURE MACHINE, CIPOSA OPTOLINE 2200 (SWITZERLAND), TYPE 5.024867, S/N 007, MFD. 2013, W/ELEC. & ACCESS. | $150,000 | $140,400 | $125,700 | $111,000 |
| 20 | B4 | 1 | REEL-TO-REEL EXPOSURE MACHINE, CIPOSA OPTOLINE 2200 (SWITZERLAND), TYPE 5.024867, S/N 001, MFD. 2013, W/ELEC. & ACCESS. | $175,000 | $163,700 | $146,700 | $129,500 |
| 21 | B4 | 1 | REEL-TO-REEL EXPOSURE MACHINE, CIPOSA OPTOLINE 2200 (SWITZERLAND), TYPE 5.024867, S/N 002, MFD. 2013, W/ELEC. & ACCESS. | $177,200 | $163,700 | $146,700 | $129,500 |
| 22 | B4 | 1 | REEL-TO-REEL EXPOSURE MACHINE, CIPOSA OPTOLINE 2200 (SWITZERLAND), TYPE 5.024867, S/N 003, MFD. 2013, W/ELEC. & ACCESS. | $177,200 | $163,700 | $146,700 | $129,500 |
| 23 | B4 | 1 | TESTER, NORTHFIELD AUTOMATION SYSTEMS INC., MDL. BL4531, S/N 04345, USED FOR TESTING PANELS INCL. ALL ROLLS, ACCESS., & PIN CHECKS FOR PLATES W/LOGIC SYSTEMS USING (3) COMPUTERS W/DISPLAYS | $190,000 | $170,500 | $151,000 | $133,500 |
| 24 | B4 | 1 | TESTER, NORTHFIELD AUTOMATION SYSTEMS INC., MDL. BL4531, S/N 4531-001, USED FOR TESTING PANELS INCL. ALL ROLLS, ACCESS., & PIN CHECKS FOR PLATES W/LOGIC SYSTEMS USING (3) COMPUTERS W/DISPLAYS | $190,000 | $170,500 | $151,000 | $133,500 |
| 25 | B4 | 1 | TESTER, NORTHFIELD AUTOMATION SYSTEMS INC., MDL. BL4531, S/N 4531-003, USED FOR TESTING PANELS INCL. ALL ROLLS, ACCESS., & PIN CHECKS FOR PLATES W/LOGIC SYSTEMS USING (3) COMPUTERS W/DISPLAYS | $190,000 | $170,500 | $151,000 | $133,500 |

Asset Valuation Source

# UNIPIXEL
## PERSONAL PROPERTY APPRAISAL
## ORDERLY LIQUIDATION VALUE AS OF JULY 18, 2017, 2018, 2019, 2020
### VALUES ARE ROUNDED

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|---|---|---|---|---|---|---|---|
| 26 | B4 | 1 | TESTER, NORTHFIELD AUTOMATION SYSTEMS INC., MDL. BL4531, S/N 4531-002, USED FOR TESTING PANELS INCL. ALL ROLLS, ACCESS., & PIN CHECKS FOR PLATES W/LOGIC SYSTEMS USING (3) COMPUTERS W/DISPLAYS | $190,000 | $170,500 | $151,000 | $133,500 |
| 27 | B4 | 1 | TESTER, NORTHFIELD AUTOMATION SYSTEMS INC., MDL. BL4531, S/N 4531-004, USED FOR TESTING PANELS INCL. ALL ROLLS, ACCESS., & PIN CHECKS FOR PLATES W/LOGIC SYSTEMS USING (3) COMPUTERS W/DISPLAYS | $190,000 | $170,500 | $151,000 | $133,500 |
| 28 | B4 | 1 | TESTER, NORTHFIELD AUTOMATION SYSTEMS INC., MDL. BL4531, S/N 4673, USED FOR TESTING PANELS INCL. ALL ROLLS, ACCESS., & PIN CHECKS FOR PLATES W/LOGIC SYSTEMS USING (3) COMPUTERS W/DISPLAYS | $190,000 | $170,500 | $151,000 | $133,500 |
| 29 | B4 | 1 | TESTER, NORTHFIELD AUTOMATION SYSTEMS INC., MDL. BL4531, S/N 4674, USED FOR TESTING PANELS INCL. ALL ROLLS, ACCESS., & PIN CHECKS FOR PLATES W/LOGIC SYSTEMS USING (3) COMPUTERS W/DISPLAYS | $190,000 | $170,500 | $151,000 | $133,500 |
| 30 | B4 | 1 | TESTER, NORTHFIELD AUTOMATION SYSTEMS INC., MDL. BL-4666, S/N 4666, USED FOR TESTING PANELS INCL. ALL ROLLS, ACCESS., & PIN CHECKS FOR PLATES W/LOGIC SYSTEMS USING (3) COMPUTERS W/DISPLAYS | $190,000 | $170,500 | $151,000 | $133,500 |
| 31 | B4 | 1 | LAMINATING MACHINE, DONG WOO ST, NO S/N INDICATED, MFD. IN KOREA, ROLL TYPE SYSTEM W/IMPRESSION ROLLER, W/LOGIC & CONTROLS, (INDICATED AS LAM 101), W/(2) REWINDERS, (3) TENSION SETS, CONTROLS FOR LINE SPEED & ROLLER; NOTE: HAS LAMINATING PROTECTOR OVER IT | $195,000 | $180,100 | $161,300 | $142,500 |
| 32 | B4 | 1 | CUTTER W/SORTER, DONG WOO ST, NO S/N INDICATED, COMP. W/PAY-OUT ROLL, CUTTING INTO PANELS, NORTHFIELD SORTER, OBSERVED IN OPERATION WITH DONG WOO LAMINATION ABOVE VALUE *VALUED W/ENTRY 31 | * | * | * | * |

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|-------|------|-----|-------------|------------------|-----------------|-----------------|-----------------|
| 33 | B4 | 1 | MEASUREMENT TOOL, VIEW SUMMIT, TECHNOLOGY QBI, (INDICATED AS VIEW MICRO-METROLOGY, MDL. 450SP, S/N S600SP13071551  | $28,500 | $25,450 | $23,550 | $21,650 |
| 34 | B4 | 1 | REWINDER, NORTHFIELD AUTOMATION SYSTEMS INC., MDL. 4620, S/N BL-4620-001RW  | $20,000 | $20,400 | $18,850 | $17,350 |
| 35 | B4 | 1 | MICROSCOPE FLAT PANEL SYSTEM, NIKON, MDL. XD20, S/N 661244, W/STEREO OPTICS BY NIKON, COMP. W/COMPUTER & DISPLAY  | $4,500 | $4,490 | $4,150 | $3,810 |
| 36 | B4 | 1 | LAMINATOR, CLARION, MDL. CD24L, S/N 0166, MANUAL TYPE  | $20,000 | $17,750 | $16,400 | $15,100 |
| 37 | B4 | 1 | MICROSCOPE, STEREO-OPTICS, W/TURRET LENS MFD. BY NIKON, MDL. L300N, S/N 471064, COMP. W/COMPUTER & SCREEN  | $20,000 | $18,500 | $17,100 | $15,700 |
| 38 | B4 | 1 | PROFILER, DEKTAK XT BY BRUNKER, S/N DXT-13-0674, COMP. W/COMPUTER & DISPLAY, TABLE BY THOR LABS  | $23,425 | $20,700 | $19,150 | $17,600 |
| 39 | B4 | 1 | SPECTROPHOTOMETER, PERKIN-ELMER, MDL. LAMDA 650 UV/VIS SPECTROMETER, S/N 650L1109081 | $9,250 | $8,180 | $7,580 | $6,950 |

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|---|---|---|---|---|---|---|---|
| 40 | B4 | 1 | MICROSCOPE, NIKON, MDL. L300N MEASUREMENT SYSTEM, S/N 471055, FLAT SCREEN | $20,000 | $18,500 | $17,100 | $15,700 |
| 41 | B4 | 1 | MICROSCOPE, LASER SCANNING, 3D & PROFILE MANAGEMENT, COMP. W/DELL PRECISION T3500 COMPUTER W/KEYENCE VK-X200 LASER MICROSCOPE POWER SOURCE, MDL. VK-F-X 200, S/N 1321008, W/SAMSUNG FLAT SCREEN MONITOR | $13,000 | $11,900 | $11,000 | $10,100 |
| 42 | B4 | 1 | MASS CLEANER CABINET, MICROTECH, MDL. ORCA, S/N 2117, COMP. W/COMPUTER CONTROLS & SCREEN, (BUILT SPECIFICALLY FOR UNIPIXEL USING BOXES FOR CLEANING) | $143,150 | $126,500 | $117,000 | $107,500 |
| 43 | B4 | 1 | REFRIGERATOR, MAXX COLD, MDL. MXCR-72FD, 3-DOOR, STAINLESS STEEL | $1,600 | $1,990 | $1,840 | $1,690 |
| 44 | B4 | 1 | REFRIGERATOR, TRUE, MDL. T-40, S/N UD096110005, 2-DOOR | $1,200 | $1,060 | $980 | $900 |
| 45 | B4 | 1 | PLATER (PLATE 1 MODULE), NORTHFIELD, (FOR HANDLING SYSTEM W/PLATERS BEING MFD. BY CEMCO), INCL. PAYOUT & REWIND BY NORTHFIELD, COMP. W/CEMCO DEVELOPER W/2ND SECTION PLATER, COMB. DEVELOPING & PLATING, MDL. BL-04388, S/N BL-04388UW ON THE UNWINDER OR PAYOUT, DEVELOPER COMP. W/(6) 100-METER TANKS, W/FLUID BEARINGS, COMP. W/HEATERS, LEVEL CONTROL, 700-LITER PLATING TANK, COMP. W/FLUID BEARINGS, COMP. W/STORAGE TANKS FOR DIFFERENT SOLUTIONS, COMP. W/REWIND MODULE, COMP. W/ALL PERIPHERALS & TANKS, PIPING, ETC. | $81,000 | $74,000 | $65,250 | $57,900 |

ENCLOSURE          BOXES USED IN CLEANING

Case: 17-52100   Doc# 29   Filed: 09/25/17   Entered: 09/25/17 20:54:23   Page 18 of 57

Asset Valuation Source O

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|-------|------|-----|-------------|------------------|-----------------|-----------------|-----------------|

**PHOTOS ARE FOR ENTRY 45**

 

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|-------|------|-----|-------------|------------------|-----------------|-----------------|-----------------|
| 46 | B4 | 1 | PLATING SYSTEM (LINE 2), COMP. W/NORTHFIELD PAYOUT MDL. BL-4577, S/N BL-4577UW, COMP. W/ACCUMULATOR, DEVELOPER PORTION W/(6) TANKS, LIQUID BEARINGS W/AIR NICE, PLATER TANKS, 750-LITER, PLATER W/POST TREATMENT, COMP. W/(4) 100-METER TANKS W/FLUID BEARINGS FOR RINSING, COMP. W/TAKE-UP BY NORTHFIELD, MDL. BL-4577, S/N BL-4577RW | $81,000 | $74,000 | $65,250 | $57,900 |
| 47 | B4 | 1 | PLATING SYSTEM (LINE3), COMP. W/NORTHFIELD PAYOUT MDL. BL-4683, S/N BL-4683UW, COMP. W/ACCUMULATOR, DEVELOPER PORTION W/(6) TANKS, LIQUID BEARINGS W/AIR NIGHT, PLATER TANKS, 750-LITER, PLATER W/POST TREATMENT, COMP. W/(4) 100-METER TANKS W/FLUID BEARINGS FOR RINSING, COMP. W/TAKE-UP BY NORTHFIELD, MDL. BL-4577 | $81,000 | $74,000 | $65,250 | $57,900 |
| 48 | B4 | 1 | HYBRID METAL LINE #1, INCL. NORTHFIELD PAYOUT MDL. BL-04377, S/N BL-04377UW, NO ACCUMULATOR, COMP. W/(5) 100-METER TANKS W/FLUID BEARINGS & AIR NIGHT, COMP. W/REWIND SYSTEM | $50,000 | $43,900 | $38,800 | $34,400 |
| 49 | B4 | 1 | HYBRID METAL LINE #3, INCL. NORTHFIELD PAYOUT MDL. BL-04684, S/N BL-04684UW, NO ACCUMULATOR, COMP. W/(2) SHALLOW TANKS & (3) 100-METER TANKS W/FLUID BEARINGS & AIR NIGHT, COMP. W/REWIND SYSTEM & UNWIND SYSTEM | $50,000 | $43,900 | $38,800 | $34,400 |
| 50 | B4 | 1 | HYBRID METAL LINE #2, INCL. NORTHFIELD PAYOUT MDL. BL-04525, S/N BL-04525UW, NO ACCUMULATOR, COMP. W/(2) SHALLOW TANKS & (3) 100-METER TANKS W/FLUID BEARINGS & AIR NIGHT, COMP. W/REWIND SYSTEM & UNWIND SYSTEM, & TEKNEK SHEET CLEANERS ON REWIND | $50,000 | $43,900 | $38,800 | $34,400 |

# UNIPIXEL
## PERSONAL PROPERTY APPRAISAL
## ORDERLY LIQUIDATION VALUE AS OF JULY 18, 2017, 2018, 2019, 2020
### *VALUES ARE ROUNDED*

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|-------|------|-----|-------------|------------------|-----------------|-----------------|-----------------|
| 51 | B4 | 1 | MICROSCOPE, NIKON ECLIPSE, MDL. L300N, FLAT SCREEN, COMP. W/DELL COMPUTER & SCREEN, COMP. W/TURRET LENS  | $18,000 | $17,000 | $15,700 | $14,450 |
| 52 | B4 | 1 | SPECTROPHOTOMETER, KONICA MINOLTA, MDL. CM-5, COMP. W/COMPUTER & SCREENS  | $3,000 | $2,650 | $2,450 | $2,250 |
| 53 | B4 | 1 | SPECTROPHOTOMETER, PERKIN-ELMER, MDL. PINAACLE 500 ATOMIC ABSORPTION, COMP. W/TLP 2844 ZEBRA PRINTER, COMPUTER, MONITOR  | $4,500 | $4,420 | $4,090 | $3,760 |
| 54 | B4 | 1 | FOURIER TRANSFORMER INFRARED SPECTROSCOPY, PERKIN-ELMER, MDL. SPECTRUM 2, S/N 104620  | $3,500 | $2,870 | $2,660 | $2,440 |
| 55 | B4 | 1 | TORTION BALANCE, FOR SURFACE INTERFACIAL TENSION MEASUREMENT | $3,500 | $3,180 | $2,940 | $2,700 |
| 56 | B4 | 1 | MICROSCOPE, STEREO-OPTICAL, COMP. W/FIBER-LITE DOLAN-JENNER INDUSTRIES INC. LIGHT CONTROL, STAND | $300 | $420 | $390 | $355 |
| 57 | B4 | LOT | EQUIPMENT IN LAB AND NOT OTHERWISE LISTED OR CONSIDERED, INCL. BUT NOT LIMITED TO:  GRAM BALANCE, SCALES, HOT PLATES, HOLDERS, BEAKERS, ETC. | $3,000 | $2,650 | $2,450 | $2,250 |
| 58 | B4 | 1 | REACTOR, PILOT, COMP. W/MIXER, HELDOLPH LCD DIGITAL READOUT SYSTEM FOR DRIVE, COMP. W/ALL ACCESS.  | $3,000 | $3,090 | $2,860 | $2,630 |

Asset Valuation Source

| ENTRY | CODE | QTY | DESCRIPTION | CURRENT UNIT/EXT | 12 MOS UNIT/EXT | 24 MOS UNIT/EXT | 36 MOS UNIT/EXT |
|---|---|---|---|---|---|---|---|
| 59 | B4 | 1 | COATER, USED FOR ACRYLIC, YASUI SEKI CO., MDL. U COATER, S/N 112017, MFD. 06/2012, INCL. PUMPING EQUIPMENT, ELECTRICS, PIPING, ETC., OBSERVED IN OPERATION  | $22,000 | $18,800 | $17,350 | $15,950 |
| 60 | B4 | 1 | COATER, USED FOR ACRYLIC, YASUI SEKI CO., MDL. U COATER, S/N 112016, MFD. 06/2012, INCL. PUMPING EQUIPMENT, ELECTRICS, PIPING, ETC., OBSERVED IN OPERATION | $22,000 | $18,800 | $17,350 | $15,950 |
| 61 | B4 | 1 | NANO CALCULATOR, NANOCAL-VIS, BY OCEAN OPTICS METEOROLOGICAL SYSTEMS, VIS-NIR-LIGHT SOURCE, W/THIN FILM MEASUREMENT SYSTEM, GAUGES & ACCESS.  | $26,525 | $23,450 | $21,700 | $19,900 |
| **REPORT TOTAL** | | | | **$5,115,775** | **$4,665,425** | **$4,185,595** | **$3,782,170** |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Bridge Bank**<br>Creditor's Name<br>**Attn: Lori Edwards**<br>**55 Almaden Blvd.**<br>**San Jose, CA 95113**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Blanket Lien** | $621,492.54 | $621,492.54 |

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$621,492.54**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Stephen J. Kottmeier Esq.**<br>**Hopkins & Carley**<br>**70 South First Street**<br>**San Jose, CA 95113** | Line **2.1** | |

Fill in this information to identify the case:

Debtor name **Uni-Pixel, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **17-52100 MEH**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Colorado Department of Revenue<br>Attn: Bankruptcy Unit<br>1375 Sherman St.<br>Denver, CO 80261** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,144.08 | $32,144.08 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number **3000**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Colorado Dept. of Health and<br>Environment<br>4300 Cherry Creek Drive South<br>ASD-AR-B1<br>Denver, CO 80246-1530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $710.00 | $710.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    52926                    Best Case Bankruptcy

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 23 of 57

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $699.76 | $699.76 |
|---|---|---|---|---|

**County of Santa Clara**
**Dept. of Tax and Collections**
**70 West Hedding St.,**
**East Wing, 6th Floor**
**San Jose, CA 95110-1767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,575.28 | $16,575.28 |
|---|---|---|---|---|

**El Paso County Treasurer**
**P.O. Box 2018**
**Colorado Springs, CO 80901-2018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,413.03 | $11,413.03 |
|---|---|---|---|---|

**Rural Transportation Authority**
**15 S. 7th Street**
**Colorado Springs, CO 80905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.51 |
|---|---|---|---|

**AAP Automation, Inc.**
**PO Box 2003**
**Englewood, CO 80150-2003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-52100     Doc# 29     Filed: 09/25/17     Entered: 09/25/17 20:54:23     Page 24 of 57

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,499.41** |
| --- | --- | --- | --- |
| | ACT Enviro<br>1210 Elko Drive<br>Sunnyvale, CA 94089 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,535.06** |
| --- | --- | --- | --- |
| | ADD STAFF, Inc<br>2118 Hollow Brook Drive<br>Colorado Springs, CO 80918 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __3894__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00** |
| --- | --- | --- | --- |
| | Advance Reproductions Corporation<br>100 Flagship Drive<br>North Andover, MA 01845 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __2821__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$370,286.19** |
| --- | --- | --- | --- |
| | Aerotek Inc.<br>3689 Collection Center Drive<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$423.51** |
| --- | --- | --- | --- |
| | Airgas USA<br>P.O. Box 676015<br>Dallas, TX 75267-6015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __5096__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
| --- | --- | --- | --- |
| | Alagiri Immigration Law Firm<br>1900 S. Norfolk Street<br>Suite 350<br>San Mateo, CA 94403 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132.63** |
| --- | --- | --- | --- |
| | Alhambra<br>PO Box 660579<br>Dallas, TX 75266-0579 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __82CA__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,372.96 |
| --- | --- | --- | --- |
| | **Alignex, Inc.**<br>**7200 Metro Blvd.**<br>**Edina, MN 55439** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,982.00 |
| --- | --- | --- | --- |
| | **Alliance Advisors**<br>**200 Broadacres Drive**<br>**3rd Floor**<br>**Bloomfield, NJ 07003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,497.17 |
| --- | --- | --- | --- |
| | **Allied Electronics Inc**<br>**7151 Jack Newwil Blvd S**<br>**Fort Worth, TX 76118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _8714_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,746.90 |
| --- | --- | --- | --- |
| | **Alum-A-Lift**<br>**7909 US Highway 78**<br>**Winston, GA 30187** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,878.90 |
| --- | --- | --- | --- |
| | **American Ultraviolet Company**<br>**212 S. Mount Zion Road**<br>**Lebanon, IN 46052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,862.50 |
| --- | --- | --- | --- |
| | **Arrow Moving & Storage**<br>**2885 Janitell Road**<br>**Colorado Springs, CO 80906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _2988_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,289.67 |
| --- | --- | --- | --- |
| | **AT&T - 171-796-3810 654**<br>**PO Box 5019**<br>**Carol Stream, IL 60197-5019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 26 of 57

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005.82 |
|---|---|---|---|

**AT&T 171-798-9646**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $262.36 |
|---|---|---|---|

**AT&T 281-465-0751 906 3**
**PO Box 105414**
**Atlanta, GA 30348-5414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.45 |
|---|---|---|---|

**AT&T 408 982-9031 253 6**
**PO Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.30 |
|---|---|---|---|

**AT&T 832 585-0594**
**PO Box 105414**
**Atlanta, GA 30348-5414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9218**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,274.09 |
|---|---|---|---|

**Atotech USA Inc.**
**29751 Network Place**
**Chicago, IL 60673-1297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $211.10 |
|---|---|---|---|

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,650.00 |
|---|---|---|---|

**Austin Reliability Labs**
**12317 Technology Blvd.**
**Suite 100**
**Austin, TX 78727-6134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **UNIPIXELDISP**

Is the claim subject to offset? ☒ No ☐ Yes

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 27 of 57

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,630.79 |

**Baker Botts LLP**
**PO Box 301251**
**Dallas, TX 75303-1251**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,697.92 |

**Balboa Capital Corp.**
**P.O. Box 844803**
**Los Angeles, CA 90084-4803**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Phone Lease_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,298.15 |

**Barcodes Inc**
**PO Box 0776**
**Chicago, IL 60690-0776**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.91 |

**Bay Alarm Company**
**PO Box 7137**
**San Francisco, CA 94120-7137**

Date(s) debt was incurred _
Last 4 digits of account number _7222_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.75 |

**BF Sales Engineering, Inc**
**13301 West 43rd Drive, #4**
**Golden, CO 80403**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |

**Bob McGrath Construction**
**2784 Janitell Road**
**Colorado Springs, CO 80906**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,265.73 |

**Broadridge ICS**
**PO Box 416423**
**Boston, MA 02241-6423**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.31**

Nonpriority creditor's name and mailing address
**Michael Butler**
**1597 Trona Way**
**San Jose, CA 95125**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☐ No  ☐ Yes

**$915.08**

---

**3.32**

Nonpriority creditor's name and mailing address
**BVA Group**
**7250 Dallas Parkway #200**
**Plano, TX 75024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$344,248.59**

---

**3.33**

Nonpriority creditor's name and mailing address
**C&G Machine, Inc.**
**3540 N. Prospect Street**
**Colorado Springs, CO 80907-5451**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,881.11**

---

**3.34**

Nonpriority creditor's name and mailing address
**Canon Financial Services, Inc.**
**15004 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number  **4795**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

**$251.30**

---

**3.35**

Nonpriority creditor's name and mailing address
**Cargo Partner Network Inc.**
**725 Center Ave.**
**Carol Stream, IL 60188**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

**$5,985.46**

---

**3.36**

Nonpriority creditor's name and mailing address
**Certent, Inc.**
**4683 Chabot Drive**
**Suite 260**
**Pleasanton, CA 94588**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

**$19,305.30**

---

**3.37**

Nonpriority creditor's name and mailing address
**Lai-Han Chang**
**No. 253, Boai St**
**Shulin District**
**New Taipei City 238**
**TAIWAN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,450.20**

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,680.33 |

**Lai-Han Chang**
**No. 253, Boai St**
**Shulin District**
**New Taipei City 238**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Severance__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,951.00 |

**Alex Chao**
**7735 Kaleb Grv**
**Apt. 1312**
**Colorado Springs, CO 80920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Expense Reimbursement__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,166.66 |

**Chen Meng-Chien (Jess Chen)**
**10F-1, No. 2 Lane 386, Sec. 1**
**Ren-Ai Rd. Linkou District**
**New Taipei City 24449**
**TAIWAN ROC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Consultant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,649.85 |

**Canseco Chiang**
**No. 83, Jilin Rd.**
**Luzhu District, Taoyuan 338**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Severance__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,179.69 |

**Ciposa SA**
**Rouge-Terres 61**
**CH-2068 Hauterive**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,504.23 |

**Circuit Engineering Marketing Co. LTD**
**2 Relay Rd.**
**Waterlooville**
**Hampshire, PO7 7XA**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,019.97 |

**Cleanroom World**
**6950 South Tucson Way**
**Unit F**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**CML Supply**<br>**433 Northside Drive**<br>**Lexington, KY 40505** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,774.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Cole Parmer Instruments**<br>**13927 Collections Center Drive**<br>**Chicago, IL 60693** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,391.86** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5501** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Colorado Pure LLC**<br>**PO Box 77156**<br>**Colorado Springs, CO 80970** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$213.59** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3624** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Componex Corp.**<br>**10200 N. County Road F**<br>**Edgerton, WI 53534** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$761.38** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Computer Packages Inc.**<br>**11 N. Washington Street**<br>**Suite 300**<br>**Rockville, MD 20850** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$308.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Conroe Welding Supply, Inc.**<br>**Drawer 2588**<br>**Conroe, TX 77305** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$492.04** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4406** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Convertech Inc.**<br>**353 Richard Mine Road**<br>**Wharton, NJ 07885** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,592.50** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 31 of 57

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.00 |
|---|---|---|---|

**Converter Accessory Corp.**
201 Alpha Road
P.O. Box 188
Wind Gap, PA 18091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **I809**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,948.50 |
|---|---|---|---|

**Criteria Labs, Inc.**
706 Brentwood Street
Austin, TX 78752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690,618.43 |
|---|---|---|---|

**Crowell & Moring LLP**
Lockbox: PO Box 75509
Baltimore, MD 21275-5509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,944.92 |
|---|---|---|---|

**Delta Mod Tech**
11501 Eagle Street NW
Minneapolis, MN 55448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,596.11 |
|---|---|---|---|

**Denver Fluid System Tech**
9500 W. 49th Avenue
Unit D-103
Wheat Ridge, CO 80033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**DGM training Institute, Inc.**
1813 Greens Road
Houston, TX 77032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,569.31 |
|---|---|---|---|

**DHL Express - USA**
16592 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7688**

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 32 of 57

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $436.16 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**DHL Global Forwarding**
P.O. Box 742802
Los Angeles, CA 90074-2802

Date(s) debt was incurred _

Last 4 digits of account number  **D115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,448.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Dirt Cheap Signs**
7301 Bar K Ranch Road
Lago Vista, TX 78645

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,789.22 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**DTI**
PO Box 936158
Atlanta, GA 31193-6158

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140,539.05 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**DuPont Teijin Films**
PO Box 198150
Atlanta, GA 30384-8150

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,688.13 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Ahmed Dwidar**
10651 Santa Lucia Road
Cupertino, CA 95014

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $931.79 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Ahmed Dwidar**
10651 Santa Lucia Road
Cupertino, CA 95014

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,358.86 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Dynalectric Company**
345 Sheridan Blvd.
Lakewood, CO 80226

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 33 of 57

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,940.59 |
|---|---|---|---|

**ELK Corporation (A/P)**
**687 Gwan pyeong-dong**
**Yuseong-gu Daejeon**
**SOUTH KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188,325.00 |
|---|---|---|---|

**Emerging Memory Solutions**
**5671 Snowdon Place**
**San Jose, CA 95138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,461.39 |
|---|---|---|---|

**Empire Inc.**
**P.O. Box 751969**
**Houston, TX 77275-1969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.80 |
|---|---|---|---|

**Entegris, Inc.**
**PO Box 1450   N.W. - 9863**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,683.14 |
|---|---|---|---|

**Entergy**
**P.O. Box 8104**
**Baton Rouge, LA 70891-8104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **5585**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,914.59 |
|---|---|---|---|

**Erica Yang**
**No. 42-15, Beikeng Lane**
**Minjheng Village, Beitun District**
**Taichung City 40661**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,024.56 |
|---|---|---|---|

**Expeditors International**
**12200 E. Iliff Ave.**
**Suite 202**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9075**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 34 of 57

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,562.51 |
|---|---|---|---|

**Eyelit**
5685 Whittle Road
Mississauga, Ontario L4Z 3P8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,100.00 |
|---|---|---|---|

**Farnsworth Group**
P.O. Box 843219
Kansas City, MO 64184-3219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,054.89 |
|---|---|---|---|

**Fed Ex 6547-3602-2**
PO Box 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6022**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,982.08 |
|---|---|---|---|

**Federal Express-159342832**
PO Box 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2832**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.74 |
|---|---|---|---|

**FedEx 6754-5176-1**
PO Box 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1761**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,953.69 |
|---|---|---|---|

**FedEx Freight 4035-2105-1**
PO Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1051**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,976.39 |
|---|---|---|---|

**FedEx Freight-FBN**
Dept CH PO 10306
Palatine, IL 60055-0306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case: 17-52100   Doc# 29   Filed: 09/25/17   Entered: 09/25/17 20:54:23   Page 35 of 57

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,416.04 |
|---|---|---|---|
| | **Fiero Fluid Power Inc.**<br>**5280 Ward Road**<br>**Arvada, CO 80002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2261 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,022.83 |
|---|---|---|---|
| | **Fisher Scientific**<br>**Acct. # 955207-001**<br>**13551 Collections Ctr Dr**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  7002 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,068.69 |
|---|---|---|---|
| | **Flexo Factor**<br>**2814 Yorkview Court**<br>**Charlotte, NC 28270** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,599.53 |
|---|---|---|---|
| | **G&W Service CO., L.P.**<br>**2503 Capitol Ave.**<br>**Houston, TX 77003-3203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,521.60 |
|---|---|---|---|
| | **GCA Service Group**<br>**3060 Solutions Center**<br>**Chicago, IL 60677-3000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.81 |
|---|---|---|---|
| | **Global Equipment Company**<br>**29833 Network Place**<br>**Chicago, IL 60673-1298** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  0712 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,365.00 |
|---|---|---|---|
| | **Globelink Foreign Lanuage Center**<br>**802 S. Tejon Street**<br>**Colorado Springs, CO 80903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 17-52100   Doc# 29   Filed: 09/25/17   Entered: 09/25/17 20:54:23   Page 36 of 57

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$494.86** |
|---|---|---|---|

**Grainger**
Dept 874935976
P.O.Box 419267
Kansas City, MO 64141-6267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5976**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104.12** |
|---|---|---|---|

**Allen Grant**
12955 Spring Wagon Road
Peyton, CO 80831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Greenberg Traurig LLP**
1000 Louisiana
Ste. 1800
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.34** |
|---|---|---|---|

**Dan Harfert**
6444 Gemfield Dr.
Colorado Springs, CO 80918-6101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,046.40** |
|---|---|---|---|

**Jeff Hawthorne**
230 Sequoia Ave.
Palo Alto, CA 94306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,418.24** |
|---|---|---|---|

**Hazmatpac**
PO Box 670573
Dallas, TX 75267-0573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$572.45** |
|---|---|---|---|

**Heidolph NA**
1241 Jarvis Ave.
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 37 of 57

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,487.53** |
|---|---|---|---|

**Gavin Ho**
**No 2, Ln 209, Yangguang**
**N. 1st Rd, Shanhua**
**Tainan City 741**
**TAIWAN ROC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,680.33** |
|---|---|---|---|

**Gavin Ho**
**No 2, Ln 209, Yangguang**
**N. 1st Rd, Shanhua**
**Tainan City 741**
**TAIWAN ROC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Severance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$984.62** |
|---|---|---|---|

**Honeywell Analytics**
**405 Barclay Blvd.**
**Lincolnshire, IL 60069-3609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,957.98** |
|---|---|---|---|

**Houston Chemical**
**PO Box 1183**
**Cypress, TX 77410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,449.10** |
|---|---|---|---|

**Wen Chung Tony Hsieh**
**No. 8, Aly. 13, Ln. 48**
**Zhongyi St., Zhunan Township**
**Miaoli County 25051**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Severance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Hughes Communications**
**PO Box 566**
**Parry Sound, ON P2A 2X5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,527.90** |
|---|---|---|---|

**Imageworx**
**51 Runway Road**
**Levittown, PA 19057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 38 of 57

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,054.75 |
|---|---|---|---|

**Insight Analytical Labs**
**11641 Ridgeline Drive**
**Suite 150**
**Colorado Springs, CO 80921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,894.00 |
|---|---|---|---|

**Integrated Micro Materials**
**8141 Gateway Drive**
**Suite 240**
**Argyle, TX 76226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,583.52 |
|---|---|---|---|

**Interface Optoelectonics (SZ) Co. Ltd.**
**3F, H3 Building, District K2 Century Dis**
**Minqing North Road, Longhua**
**Shenzhen City Guangdong 518109**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,427.34 |
|---|---|---|---|

**International Financial Services Corp.**
**11113 S. Milwaukee Ave.**
**Suite 301**
**Libertyville, IL 60048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.00 |
|---|---|---|---|

**Inveshare, Inc**
**P.O.Box 568**
**Alpharetta, GA 30009-0568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.06 |
|---|---|---|---|

**Jackson-Hirsh Inc.**
**700 Anthony Trail**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**JAMS**
**File 1750**
**1801 W.Olympic Blvd.**
**Pasadena, CA 91199-1750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 39 of 57

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,472.69 |
|---|---|---|---|

**JIA Wei Co., CPAs**
**No. 28, Wugong 5th Rd.**
**Wugu District**
**New Taipei City**
**TAIWAN ROC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,717.19 |
|---|---|---|---|

**Jin Xian (Suzhou) Network Tech. Serv.**
**A1-201A, Shahu World**
**No. 192 Tingian Xiang**
**Suzhou Industry Park**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,211.33 |
|---|---|---|---|

**Danliang Jin**
**31 Candle Pine Place**
**The Woodlands, TX 77381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,452.97 |
|---|---|---|---|

**Johnson Matthey**
**PO Box 88848 Dept 110**
**Chicago, IL 60695-1848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3754**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.45 |
|---|---|---|---|

**Monica Johnson**
**6436 Alibi Circle**
**Colorado Springs, CO 80923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511.50 |
|---|---|---|---|

**Kelly Hart & Hallman LLP**
**201 Main Street**
**Suite 2500**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.28 |
|---|---|---|---|

**Kim Bays**
**6109 Finglas Drive**
**Colorado Springs, CO 80923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,415,168.11** |
|---|---|---|---|

**King & Spalding LLP**
**PO Box 116133**
**Atlanta, GA 30368-6133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,705.50** |
|---|---|---|---|

**Franklin Kirk**
**995 Pacific Hills Pt.**
**Apt. J203**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Severance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$149.19** |
|---|---|---|---|

**Franklin Kirk**
**995 Pacific Hills Pt.**
**Apt. J203**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Expense Reimbursement__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,275.00** |
|---|---|---|---|

**Klontech Industrial Sales**
**125 W. Genimi Drive**
**Suite E18**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,460.00** |
|---|---|---|---|

**KMG Electronic Chemicals**
**PO Box 934859**
**Atlanta, GA 30354-4859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _0792_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$735.00** |
|---|---|---|---|

**Law Office of Richard A. McDonald**
**140 S. Lake Ave.**
**Suite 251**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,527.56** |
|---|---|---|---|

**Lewan & Associates, Inc.**
**PO Box 912728**
**Denver, CO 80291-2728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Name

| | |
|---|---|
| 3.122   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **$7,513.25** |

**3.122**   Nonpriority creditor's name and mailing address
**Abraham Lin**
No. 1, Aly 26, Ln 2, Zhongxian St
**Zhonghe District**
**New Taipei City, 23568**
**TAIWAN ROC**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$7,513.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123**   Nonpriority creditor's name and mailing address
**Abraham Lin**
No. 1, Aly 26, Ln 2, Zhongxian St
**Zhonghe District**
**New Taipei City, 23568**
**TAIWAN ROC**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$11,735.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Severance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124**   Nonpriority creditor's name and mailing address
**Luminite Product Corp.**
**148 Commerce Drive**
**Bradford, PA 16701**

Date(s) debt was incurred _

Last 4 digits of account number __UNIPDISCO__

As of the petition filing date, the claim is: Check all that apply.     **$10,788.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125**   Nonpriority creditor's name and mailing address
**Lytham Partners, LLC**
**3800 North Central Ave.**
**Suite 750**
**Phoenix, AZ 85012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$62,258.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126**   Nonpriority creditor's name and mailing address
**MacDermid Enthone**
**PO Box 203543**
**Dallas, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$7,505.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127**   Nonpriority creditor's name and mailing address
**Mark Andy, Inc.**
**7312 Solutions Center**
**Chicago, IL 60677-7003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$1,034.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128**   Nonpriority creditor's name and mailing address
**Mark McCloud**
**93 W. Wilde Yaupon**
**The Woodlands, TX 77381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$3,901.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 42 of 57

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.43** |
|---|---|---|---|
| | **McMaster-Carr**<br>**PO Box 7690**<br>**Chicago, IL 60680-7690** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **9700** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$802.51** |
|---|---|---|---|
| | **Mediant Communications LLC**<br>**P.O.Box 29976**<br>**New York, NY 10087-9976** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,333.00** |
|---|---|---|---|
| | **Mentor Graphics Corporation**<br>**PO Box 841886**<br>**Dallas, TX 75284-1188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,515.43** |
|---|---|---|---|
| | **Mettler-Toledo LLC**<br>**P.O. Box 730867**<br>**Dallas, TX 75373-0867** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **6938** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$548,163.97** |
|---|---|---|---|
| | **Microchip Technology**<br>**2355 West Chandler Blvd.**<br>**Chandler, AZ 85224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,791.18** |
|---|---|---|---|
| | **Microsoft**<br>**PO Box 842103**<br>**Dallas, TX 75284-2103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,500.00** |
|---|---|---|---|
| | **Midwest Colorado Springs Inc.**<br>**P.O. Box 49457**<br>**Colorado Springs, CO 80949** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,440.52 |

**Miwon North America**
696 W. Lincoln Highway
Suite 82
Exton, PA 19341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,692.73 |

**Mark Montoya**
2135 E. Honeysuckle Place
Chandler, AZ 85286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consultant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,852.91 |

**Mike Morrione**
9005 Lauren Lane
Jackson, CA 95642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Expense Reimbursement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $907.02 |

**Motion Industries**
P.O. Box 404130
Atlanta, GA 30384-4130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,859.24 |

**Mouser Electronic, Inc.**
P.O. Box 99319
Ft. Worth, TX 76199-0319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __7313__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,884.10 |

**Murphy**
PO Box 790379
St. Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,201.83 |

**National Instruments Corporation**
PO Box 202262
Dallas, TX 75320-2262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-52100   Doc# 29   Filed: 09/25/17   Entered: 09/25/17 20:54:23   Page 44 of 57

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,863.88** |
| --- | --- | --- | --- |

**Nixon Peabody Attorneys at Law**
P.O. Box 28012
New York, NY 10087-8012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,188.00** |
| --- | --- | --- | --- |

**Ocean Optics, Inc.**
PO Box 636419
Cinncinnati, OH 45263-6419

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,796.23** |
| --- | --- | --- | --- |

**Office Depot**
PO Box 660113
Dallas, TX 75266-0113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2310**

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,719.79** |
| --- | --- | --- | --- |

**Olson Plumbing & Heating Co.**
PO Box 2556
Colorado Springs, CO 80901-2556

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,706.53** |
| --- | --- | --- | --- |

**Pall Filter Specialists, Inc.**
P.O. Box 419501
Boston, MA 02241-9501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$761.45** |
| --- | --- | --- | --- |

**Peninsula Polymers**
3401 College Blvd.
Suite 230
Leawood, KS 66211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,561.65** |
| --- | --- | --- | --- |

**Pepper Hamilton LLP**
333 Twin Dolphin Drive
Suite 400
Redwood City, CA 94065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$256.85** |
|---|---|---|---|
| | **PerkinElmer Health Sciences**<br>**13633 Collections Center Drive**<br>**Chicago, IL 60693-0136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,733.75** |
|---|---|---|---|
| | **Photo Sciences, Inc.**<br>**P.O. Box 3018**<br>**Torrance, CA 90510-3018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56,825.00** |
|---|---|---|---|
| | **Photronics, Inc.**<br>**P.O. Box 911369**<br>**Dallas, TX 75391-1369** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **9376** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,600.00** |
|---|---|---|---|
| | **PI Co., Ltd.**<br>**15, Bongseo 11-gil**<br>**Dongnam-gu, Cheonan-si**<br>**Chungcheongnam-do**<br>**SOUTH KOREA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,682.00** |
|---|---|---|---|
| | **Pikes Peak Test Lab, Inc.**<br>**4750 Edison Ave.**<br>**Colorado Springs, CO 80915-4106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,139.00** |
|---|---|---|---|
| | **PMB Helin Donovan, LLP**<br>**P.O. Box 202260**<br>**Austin, TX 78720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,086.17** |
|---|---|---|---|
| | **Pozzetta Products**<br>**3219 S. Platte River Drive**<br>**Englewood, CO 80110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 46 of 57

**3.157**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,775.69 |
|---|---|---|
| **Prudential Overall Supply**<br>P.O. Box 11210<br>Santa Ana, CA 92711-1210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.158**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,116.36 |
|---|---|---|
| **Quincy Compressor**<br>Dept. 3427, Lockbox 893427<br>P.O. Box 123427<br>Dallas, TX 75312-3427 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.159**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,200.00 |
|---|---|---|
| **R2 Science Consulting LLC**<br>90 Alpine Drive<br>Latham, NY 12110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.160**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,732.21 |
|---|---|---|
| **Rainmaker Document Technologies**<br>301 Congress Ave.<br>Suite 250<br>Austin, TX 78701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.161**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.00 |
|---|---|---|
| **Redline Courier Express, Inc.**<br>P.O. Box 1183<br>Cypress, TX 77410 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.162**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,428.27 |
|---|---|---|
| **Remedy Intelligent Staffing**<br>P.O. Box 802015<br>Chicago, IL 60680-2015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.163**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $959.40 |
|---|---|---|
| **Rexel Inc.**<br>14951 Dallas Parkway<br>Dallas, TX 75254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **7999** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,422.21** |
|---|---|---|---|

**Rinchem Company, Inc.**
PO Box 27561
Albuqerque, NM 87125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,073.12** |
|---|---|---|---|

**RMS Rigging**
PO Box 912858
Denver, CO 80291-2858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$465.60** |
|---|---|---|---|

**Rol-Tec, Inc.**
1150 Glory Road
Green Bay, WI 54304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,572.28** |
|---|---|---|---|

**RotoMetrics**
PO Box 6354
Carol Stream, IL 60197-6354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,123.90** |
|---|---|---|---|

**Robert Routh**
90 Alpine Drive
Latham, NY 12110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consultant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,977.04** |
|---|---|---|---|

**Rusco Packaging, Inc**
PO Box 226685
Dallas, TX 75222-6685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,219.91** |
|---|---|---|---|

**Christine Russell**
17165 Pine Street
Los Gatos, CA 95032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 48 of 57

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,039.87 |
|---|---|---|---|

**Ryan Herco Products Corp.**
Lockbox 842318
PO Box 8423185
Boston, MA 02284-2318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8981**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505,000.00 |
|---|---|---|---|

**Securities and Exchange Commission**
**Enterprise Services Center**
**Accounts Receivable Branch**
**6500 South MacArthur Blvd.**
**Oklahoma City, OK 73169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **SEC Settlement**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,260.00 |
|---|---|---|---|

**Securities Transfer Corporation**
**2901 N. Dallas Parkway**
**Suite 380**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,868.12 |
|---|---|---|---|

**Friedey Selvaraj**
**7373 Manion Road**
**Mississauga ON, L4T2K8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consultant**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,105.25 |
|---|---|---|---|

**Serfilco LTD**
**P.O. Box 95367**
**Palatine, IL 60095-0367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **3498**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,280.43 |
|---|---|---|---|

**Jalil Shaikh**
**870 Pebblewood Ct.**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,963.42 |
|---|---|---|---|

**Shenzhen Top Group Technology Co. Ltd.**
**Detai Industrial Park, Building 3 Hua Ro**
**Langkou Community Dalang Street**
**Longhua New District Shenzhen**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 17-52100   Doc# 29   Filed: 09/25/17   Entered: 09/25/17 20:54:23   Page 49 of 57

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,107.73 |
|---|---|---|---|

**Sigma-Aldrich Inc**
PO Box 535182
Atlanta, GA 30353-5182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9768**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,234.90 |
|---|---|---|---|

**Silicon Valley Bank-Mastercard**
PO Box 660254
Dallas, TX 75266-0254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1116**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,739.92 |
|---|---|---|---|

**SIMCO**
PO Box 95679
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2832**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,695.95 |
|---|---|---|---|

**Simplastics Monsterbins**
PO Box 546948
Miami Beach, FL 33154-6948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6694**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,280.00 |
|---|---|---|---|

**SOAProjects, Inc.**
495 N. Whisman Road
Suite 100
Mountian View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,079.08 |
|---|---|---|---|

**Spring Mountain Water**
4120 N. Nevada Ave.
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,116.00 |
|---|---|---|---|

**Superior Slitting, Inc.**
2600 Boulevard
Colonial Heights, VA 23834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 50 of 57

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,085.00** |
| --- | --- | --- | --- |
| | **Srinivas Tadigadapa**<br>**1417 Ridge Master Drive**<br>**State College, PA 16803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00** |
| --- | --- | --- | --- |
| | **Tekscan, Inc.**<br>**c/o Vince Carrara**<br>**307 West First Street S.**<br>**Boston, MA 02127-1309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,387.75** |
| --- | --- | --- | --- |
| | **Terra Universal Inc.**<br>**800 S. Raymond Ave.**<br>**Fullerton, CA 92831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$397.89** |
| --- | --- | --- | --- |
| | **Thermo Fisher Financial Services Inc.**<br>**168 Third Ave**<br>**Walham, MA 02451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,457.80** |
| --- | --- | --- | --- |
| | **Thomas Swan & Co., Ltd.**<br>**Rotary Way**<br>**Consett CO. Durham DH8 7ND**<br>**England**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **UO58** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,620.00** |
| --- | --- | --- | --- |
| | **TJ Sales Associates, Inc.**<br>**P.O. Box 95**<br>**Denville, NJ 07834** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **UNIPIX** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77.74** |
| --- | --- | --- | --- |
| | **Alberto Torres, Jr.**<br>**1700 N. 1st, #103**<br>**San Jose, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Expense Reimbursement** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 17-52100   Doc# 29   Filed: 09/25/17   Entered: 09/25/17 20:54:23   Page 51 of 57

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.36 |
| --- | --- | --- | --- |

**U.S. Equipment Finance**
PO Box 790448
St Louis, MO 63179-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $880.00 |
| --- | --- | --- | --- |

**UGC**
5F, No.100 Ho Gang Street
Shi-Lin Dist.
Taipei
TAIWAN ROC

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,418.89 |
| --- | --- | --- | --- |

**ULINE**
Attn.: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,396.40 |
| --- | --- | --- | --- |

**United Filtration Systems**
6558 Diplomat Drive
Sterling Heights, MI 48314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,802.00 |
| --- | --- | --- | --- |

**UNIVAR USA INC**
PO Box 849027
Dallas, TX 75284-9027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.00 |
| --- | --- | --- | --- |

**US Research Nanomaterials, Inc**
3302 Twig Leaf Lane
Houston, TX 77084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,730.46 |
| --- | --- | --- | --- |

**Veritext Corp**
P.O. Box 71303
Chicago, IL 60694-1303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-52100   Doc# 29   Filed: 09/25/17   Entered: 09/25/17 20:54:23   Page 52 of 57

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,961.50** |
| --- | --- | --- | --- |
| | **Veritiv ( XPEDX)**<br>**PO Box 677319**<br>**Dallas, TX 75267-7319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred _** | **Basis for the claim: _** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
| --- | --- | --- | --- |
| | **View Micro-Metrology**<br>**1175 North Street**<br>**Rochester, NY 14621** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred _** | **Basis for the claim: _** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,681.85** |
| --- | --- | --- | --- |
| | **VWR International**<br>**PO Box 640169**<br>**Pittsburgh, PA 15264-0169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred _** | **Basis for the claim: _** | |
| | **Last 4 digits of account number  4097** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| --- | --- | --- | --- |
| | **Mike Watkins**<br>**4569 Adieu Circle**<br>**Colorado Springs, CO 80917** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred _** | **Basis for the claim: _** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$329.21** |
| --- | --- | --- | --- |
| | **Watson Industrial Supply LTD**<br>**PO Box 4554**<br>**Woodland Park, CO 80866** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred _** | **Basis for the claim: _** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,188.08** |
| --- | --- | --- | --- |
| | **Hsu Chia Wei**<br>**No. 33, Ln 191, Yucheng Rd.**<br>**North District**<br>**Tainan City 764**<br>**TAIWAN ROC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:  Expense Reimbursement** | |
| | **Date(s) debt was incurred _** | | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,012.30** |
| --- | --- | --- | --- |
| | **Hsu Chia Wei**<br>**No. 33, Ln 191, Yucheng Rd.**<br>**North District**<br>**Tainan City 764**<br>**TAIWAN ROC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:  Severance** | |
| | **Date(s) debt was incurred _** | | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 53 of 57

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,675.00** |
|---|---|---|---|

**Huang Teng Wei**
**1F. No.1, Sec 5**
**Ming Shen E. Road**
**Taipei City**
**TAIWAN**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Severance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$421.52** |
|---|---|---|---|

**Whisler Industrial Supply**
**3399 N. Cascade Ave.**
**Colorado Springs, CO 80907**

Date(s) debt was incurred __

Last 4 digits of account number __I500__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,013.50** |
|---|---|---|---|

**Womble Carlyle Sandridge & Rice LLP**
**PO Box 601879**
**Charlotte, NC 28260-1879**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,795.75** |
|---|---|---|---|

**Baek Seung Youk**
**24, Wolpyeong-ro**
**Seowon-gu Cheongju-si**
**Chungcheongbuk-do 362-852**
**SOUTH KOREA**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consultant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,174.26** |
|---|---|---|---|

**John Zhang**
**17339 Methil Dr.**
**Spring, TX 77379.**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$309.44** |
|---|---|---|---|

**Shi Zhengwei**
**58 Bryce Branch Circle**
**The Woodlands, TX 77386**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 61,542.15 |
| **5b. Total claims from Part 2** | 5b. + | $ 6,457,991.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,519,533.81 |

**Fill in this information to identify the case:**

Debtor name    **Uni-Pixel, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **17-52100 MEH**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Case: 17-52100    Doc# 29    Filed: 09/25/17    Entered: 09/25/17 20:54:23    Page 57 of 57