| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Uni-Pixel, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 17-52100 MEH |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | $2,622,367.01 |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $4,100,369.01 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | $3,756,853.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| | Debtor | Uni-Pixel, Inc. | | Case number (if known) | 17-52100 MEH |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **ADD STAFF, Inc**<br>**2118 Hollow Brook Drive**<br>**Colorado Springs, CO 80918** | **June 27, 2017**<br>**July 3, 2017**<br>**July 31, 2017**<br>**July 31, 2017** | $57,430.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.2. | **Aerotek Inc.**<br>**3689 Collection Center Drive**<br>**Chicago, IL 60693** | **June 13, 2017**<br>**June 26, 2017**<br>**July 10, 2017**<br>**July 31, 2017**<br>**July 31, 2017** | $278,252.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. | **Arrow Moving & Storage**<br>**2885 Janitell Road**<br>**Colorado Springs, CO 80906** | **July 12, 2017** | $7,446.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4. | **Atotech USA Inc.**<br>**29751 Network Place**<br>**Chicago, IL 60673-1297** | **June 9, 2017**<br>**June 22, 2017**<br>**July 3, 2017**<br>**August 1, 2017** | $156,935.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | **BayTech Group, Inc.**<br>**4699 Old Ironside Drive, Suite 300**<br>**Santa Clara, CA 95054** | **June 28, 2017** | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6. | **Boston Financial** | **June 1, 2017**<br>**July 3, 2017**<br>**August 1, 2017** | $14,131.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | **Bridge Bank**<br>**Attn: Lori Edwards**<br>**55 Almaden Blvd.**<br>**San Jose, CA 95113** | **June 12, 2017**<br>**July 10, 2017**<br>**August 3, 2017**<br>**August 22, 2017**<br>**August 23, 2017** | $244,747.25 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| | Debtor | Uni-Pixel, Inc. | | Case number (if known) | 17-52100 MEH |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.8. | **Cadence Design Systems, Inc.** | July 5, 2017 | $44,106.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9. | **City of Colorado Springs** | July 26, 2017 | $17,619.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.10. | **Crowell & Moring LLP**<br>**Lockbox: PO Box 75509**<br>**Baltimore, MD 21275-5509** | August 22, 2017 | $75,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. | **Delta Industrial Services Inc.** | July 18, 2017<br>August 1, 2017 | $34,793.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.12. | **DHL Express - USA**<br>**16592 Collections Center Drive**<br>**Chicago, IL 60693** | June 19, 2017<br>June 26, 2017<br>July 10, 2017<br>July 31, 2017 | $13,610.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. | **DHL Global Forwarding**<br>**P.O. Box 742802**<br>**Los Angeles, CA 90074-2802** | June 19, 2017<br>July 11, 2017 | $4,558.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. | **DuPont Teijin Films**<br>**PO Box 198150**<br>**Atlanta, GA 30384-8150** | June 2, 2017<br>June 15, 2017<br>July 3, 2017<br>August 1, 2017 | $424,719.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | **ELK Corporation (A/P)**<br>**687 Gwan pyeong-dong**<br>**Yuseong-gu Daejeon**<br>**SOUTH KOREA** | June 15, 2017<br>July 13, 2017 | $33,831.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.16. | **El Paso County Treasurer**<br>P.O. Box 2018<br>Colorado Springs, CO 80901-2018 | June 2, 2017<br>July 11, 2017 | $16,528.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Tax |
| 3.17. | **Emerging Memory Solutions**<br>5671 Snowdon Place<br>San Jose, CA 95138 | July 3, 2017<br>August 3, 2017 | $406,857.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __ |
| 3.18. | **Enthone, Inc.** | June 5, 2017<br>June 19, 2017<br>June 30, 2017<br>August 1, 2017<br>July 10, 2017 | $15,314.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.19. | **Expeditors International**<br>12200 E. Iliff Ave.<br>Suite 202<br>Aurora, CO 80014 | June 13, 2017<br>June 27, 2017 (2)<br>July 11, 2017<br>July 31, 2017<br>July 31, 2017 | $61,796.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.20. | **FedEx Freight 4035-2105-1**<br>PO Box 660481<br>Dallas, TX 75266-0481 | June 19, 2017 (2)<br>June 30, 2017 (2)<br>July 11, 2017<br>August 3, 2017 | $4,570.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.21. | **Fed Ex 6547-3602-2**<br>PO Box 94515<br>Palatine, IL 60094-4515 | June 15, 2017 (2)<br>June 29, 2017 (2)<br>July 13, 2017<br>July 31, 2017 | $34,685.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.22. | **Federal Express-159342832**<br>PO Box 94515<br>Palatine, IL 60094-4515 | June 15, 2017 (2)<br>June 29, 2017 (2)<br>July 13, 2017<br>July 31, 2017 | $27,402.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |

| | Debtor | Uni-Pixel, Inc. | | Case number (if known) | 17-52100 MEH |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.23. | **Fiero Fluid Power Inc.**<br>**5280 Ward Road**<br>**Arvada, CO 80002** | **June 27, 2017**<br>**July 11, 2017** | **$8,859.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.24. | **Fisher Scientific**<br>**Acct. # 955207-001**<br>**13551 Collections Ctr Dr**<br>**Chicago, IL 60693** | **June 12, 2017**<br>**June 19, 2017**<br>**July 10, 2017**<br>**July 31, 2017** | **$41,904.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.25. | **GCA Service Group**<br>**3060 Solutions Center**<br>**Chicago, IL 60677-3000** | **June 12, 2017**<br>**July 10, 2017** | **$12,662.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.26. | **Glenro Inc.** | **June 22, 2017**<br>**August 1, 2017** | **$15,244.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.27. | **GreatAmerica Financial Services** | **August 1, 2017** | **$9,144.51** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.28. | **HIS Industries Co. Ltd.** | **August 1, 2017** | **$69,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.29. | **Interface Optoelectronics (SZ) Co. Ltd.**<br>**3F, H3 Building, District K2 Century Dis**<br>**Minqing North Road, Longhua**<br>**Shenzhen City Guangdong 518109**<br>**CHINA** | **July 13, 2017** | **$10,331.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __ |
| 3.30. | **International Financial Services Corp.**<br>**11113 S. Milwaukee Ave.**<br>**Suite 301**<br>**Libertyville, IL 60048** | **June 12, 2017**<br>**June 28, 2017**<br>**July 6, 2017**<br>**August 1, 2017** | **$79,388.18** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

| | Debtor | Uni-Pixel, Inc. | | Case number (if known) | 17-52100 MEH |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.31. | **Insight Analytical Labs**<br>**11641 Ridgeline Drive**<br>**Suite 150**<br>**Colorado Springs, CO 80921** | **June 14, 2017**<br>**August 4, 2017** | $11,402.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.32. | **IPFS Corporation**<br>**1055 Broadway Blvd.**<br>**Kansas City, MO 64105** | **June 2, 2017**<br>**July 6, 2017**<br>**August 2, 2017**<br>**August 25, 2017** | $121,036.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance Premiums** |
| 3.33. | **Jan Xian (Suzhou) Network Technologies** | **July 3, 2017**<br>**July 13, 2017**<br>**August 1, 2017** | $17,431.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.34. | **Johnson Matthey**<br>**PO Box 88848 Dept 110**<br>**Chicago, IL 60695-1848** | **June 1, 2017**<br>**June 7, 2017**<br>**June 22, 2017**<br>**July 3, 2017**<br>**August 1, 2017**<br>**July 20, 2017** | $146,409.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. | **KMG Electronic Chemicals**<br>**PO Box 934859**<br>**Atlanta, GA 30354-4859** | **July 10, 2017**<br>**July 31, 2017** | $50,978.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. | **Luminite Product Corp.**<br>**148 Commerce Drive**<br>**Bradford, PA 16701** | **July 11, 2017** | $18,594.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. | **Microchip Technology**<br>**2355 West Chandler Blvd.**<br>**Chandler, AZ 85224** | **July 18, 2017**<br>**July 12, 2017** | $135,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.38. | **Morris James LLP** | **August 1, 2017** | $13,942.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| | Debtor | Uni-Pixel, Inc. | | Case number (if known) | 17-52100 MEH |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.39. | **Morris, Nichols, Arsht & Tunnell LLP**<br>1201 N. Market Street #1800<br>Wilmington, DE 19801 | July 13, 2017 | $18,127.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.40. | **Pearlman Himy I** | June 2, 2017<br>July 3, 2017<br>August 3, 2017 | $38,734.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent for Santa Clara office** |
| 3.41. | **Pepper Hamilton LLP**<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood City, CA 94065 | July 13, 2017 | $10,374.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.42. | **Photronics, Inc.**<br>P.O. Box 911369<br>Dallas, TX 75391-1369 | June 2, 2017<br>June 22, 2017<br>August 1, 2017<br>August 18, 2017 | $177,175.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.43. | **PMB Helin Donovan, LLP**<br>P.O. Box 202260<br>Austin, TX 78720 | June 30, 2017<br>July 12, 2017 | $97,114.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.44. | **Product Industry Co.** | June 2, 2017<br>July 20, 2017<br>July 24, 2017 | $206,112.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.45. | **R2 Science Consulting LLC**<br>90 Alpine Drive<br>Latham, NY 12110 | June 6, 2017<br>June 12, 2017<br>July 5, 2017<br>August 2, 2017<br>July 17, 2017<br>July 13, 2017 | $66,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

| Debtor | Uni-Pixel, Inc. | Case number (if known) | 17-52100 MEH |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.46. | Rinchem Company, Inc.<br>PO Box 27561<br>Albuqerque, NM 87125 | July 11, 2017 | $7,445.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.47. | Rusco Packaging, Inc<br>PO Box 226685<br>Dallas, TX 75222-6685 | July 24, 2017<br>August 1, 2017 | $24,727.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.48. | SAS Institute, Inc. | June 12, 2017 | $16,061.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.49. | Securities and Exchange Commission<br>Enterprise Services Center<br>Accounts Receivable Branch<br>6500 South MacArthur Blvd.<br>Oklahoma City, OK 73169 | June 7, 2017<br>June 26, 2017 | $70,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.50. | Shenzhen Top Group Technology Co. Ltd.<br>Detai Industrial Park, Building 3 Hua Ro<br>Langkou Community Dalang Street<br>Longhua New District Shenzhen<br>CHINA | July 3, 2017<br>July 13, 2017 | $10,598.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.51. | Silicon Valley Bank-Mastercard<br>PO Box 660254<br>Dallas, TX 75266-0254 | June 1, 2017 | $23,026.34 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.52. | Sigma-Aldrich Inc<br>PO Box 535182<br>Atlanta, GA 30353-5182 | July 10, 2017 | $12,032.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.53. | STF Solutions Inc. | July 11, 2017 | $19,579.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.54. | **Superior Slitting, Inc.**<br>2600 Boulevard<br>Colonial Heights, VA 23834 | **June 28, 2017** | $20,396.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.55. | **The Benchmark Company LLC** | **July 3, 2017**<br>**July 31, 2017** | $100,234.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.56. | **Thomas Swan & Co., Ltd.**<br>Rotary Way<br>Consett CO. Durham DH8 7ND<br>England<br>UNITED KINGDOM | **June 9, 2017**<br>**June 22, 2017**<br>**July 3, 2017**<br>**August 1, 2017** | $61,382.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.57. | **TJ Sales Associates, Inc.**<br>P.O. Box 95<br>Denville, NJ 07834 | **July 13, 2017** | $21,540.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.58. | **ULINE**<br>Attn.: Accounts Receivable<br>PO Box 88741<br>Chicago, IL 60680-1741 | **July 3, 2017**<br>**July 13, 2017** | $8,355.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.59. | **UNIVAR USA INC**<br>PO Box 849027<br>Dallas, TX 75284-9027 | **June 12, 2017**<br>**June 22, 2017**<br>**July 3, 2017**<br>**July 7, 2017**<br>**August 1, 2017**<br>**July 20, 2017** | $102,455.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60. | **Vensource Capital** | **June 9, 2017** | $40,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.61. | **Veritiv ( XPEDX)**<br>PO Box 677319<br>Dallas, TX 75267-7319 | June 12, 2017<br>June 27, 2017<br>July 10, 2017<br>July 31, 2017 | $38,058.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.62. | **Vista Woodlands Partners LTD**<br>1117 Eldridge Parkway<br>Houston, TX 77077 | June 12, 2017<br>July 7, 2017 | $30,287.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Landlord for Texas facility** |
| 3.63. | **Wells Fargo** | July 5, 2017<br>August 3, 2017 | $164,754.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.64. | **Mike Morrione**<br>9005 Lauren Lane<br>Jackson, CA 95642 | June 6, 2017 (2)<br>July 19, 2017 (2)<br>August 3, 2017 | $14,743.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.65. | **Baek Seung Youk**<br>24, Wolpyeong-ro<br>Seowon-gu Cheongju-si<br>Chungcheongbuk-do 362-852<br>SOUTH KOREA | June 20, 2017<br>June 22, 2017<br>July 20, 2017<br>August 1, 2017 | $16,284.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.66. | **Friedey Selvaraj**<br>7373 Manion Road<br>Mississauga ON, L4T2K8<br>CANADA | June 20, 2017<br>July 20, 2017 | $13,167.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.67. | **Danliang Jin**<br>31 Candle Pine Place<br>The Woodlands, TX 77381 | June 9, 2017<br>June 28, 2017<br>July 17, 2017<br>August 9, 2017 | $13,159.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | Uni-Pixel, Inc. | | Case number (if known) | 17-52100 MEH |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.68. **Robert Routh**<br>90 Alpine Drive<br>Latham, NY 12110 | June 6, 2017<br>June 12, 2017<br>July 5, 2017<br>August 2, 2017<br>August 2, 2017<br>July 17, 2017<br>July 13, 2017 | $11,115.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.69. **Chen Meng-Chien (Jess Chen)**<br>10F-1, No. 2 Lane 386, Sec. 1<br>Ren-Ai Rd. Linkou District<br>New Taipei City 24449<br>TAIWAN ROC | June 15, 2017<br>June 20, 2017<br>July 13, 2017<br>August 1, 2017<br>July 20, 2017 | $42,609.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.70. **Mark McCloud**<br>93 W. Wilde Yaupon<br>The Woodlands, TX 77381 | June 5, 2017<br>June 28, 2017<br>July 13, 2017<br>August 1, 2017 | $9,867.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.71. **Chambers, Brent** | June 9, 2017<br>July 10, 2017<br>July 27, 2017 | $8,374.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.72. **Mark Montoya**<br>2135 E. Honeysuckle Place<br>Chandler, AZ 85286 | June 14, 2017<br>July 11, 2017<br>August 4, 2017 | $39,103.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.73. **John Zhang**<br>17339 Methil Dr.<br>Spring, TX 77379. | June 19, 2017 (2)<br>July 18, 2017<br>August 21, 2017 | $15,805.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.74. **Ahmed Dwidar**<br>10651 Santa Lucia Road<br>Cupertino, CA 95014 | July 6, 2017<br>July 12, 2017 (2)<br>August 15, 2017 | $10,032.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Uni-Pixel, Inc. | Case number (if known) | 17-52100 MEH |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Jalil Shaikh<br>870 Pebblewood Ct.<br>Fremont, CA 94539<br>COO | August 30, 2016 -<br>August 30, 2017 | $16,612.01 | **Expense Reimbursements** |
| 4.2. | Jeff Hawthorne<br>230 Sequoia Ave.<br>Palo Alto, CA 94306<br>CEO | August 30, 2016 -<br>August 30, 2017 | $59,359.45 | **Expense Reimbursements** |
| 4.3. | Christine Russell<br>17165 Pine Street<br>Los Gatos, CA 95032<br>CFO | August 30, 2016 -<br>August 30, 2017 | $28,839.30 | **Expense Reimbursements** |
| 4.4. | Eric Malick<br><br>VP Finance | August 30, 2016 -<br>August 30, 2017 | $6,682.91 | **Expense Reimbursements** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Bridge Bank<br>Attn: Lori Edwards<br>55 Almaden Blvd.<br>San Jose, CA 95113 | **Accounts Swept**<br>Last 4 digits of account number: 4079 | 08/22/17 | $139,812.04 |
| Silicon Valley Bank-Mastercard<br>PO Box 660254<br>Dallas, TX 75266-0254 | **Account Frozen**<br>Last 4 digits of account number: 5187 | 08/29/17 | $0.00 |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | SEC v. Killion et al.<br>4:16-cv-621 | Securities Fraud | U.S. District Court (S.D. Tex.)<br>United States Courthouse<br>515 Rusk Ave.<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Killion et al. v. Uni-Pixel<br>12676-VCS | Former executives' lawsuit for reimbursement of defense costs in SEC action | Delaware Chancery Court<br>500 North King St.<br>Wilmington, DE 19801 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Miller v. Uni-Pixel et al.<br>17-cv-02187 | Breach of contract | U.S. District Court (N.D. Cal.)<br>450 Golden Gate Ave<br>San Francisco, CA 94102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:  Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
    |---|---|---|---|

**Part 6:  Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|

| | Debtor | Uni-Pixel, Inc. | | Case number (if known) | 17-52100 MEH |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | McNutt Law Group LLP<br>219 9th Street<br>San Francisco, CA<br>94103-7003 | Attorney Fees | 08/30/17 | $40,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 8708 Technology Forest Drive, Ste. 100<br>Spring, TX 77381 | Closed September 30, 2015 |

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☒ Yes. Does the debtor serve as plan administrator?

    ☒ No Go to Part 10.
    ☐ Yes. Fill in below:

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|
    | Rinchem Company, Inc.<br>3835 Wabash St.<br>Colorado Springs, CO 80906 | N/A | Raw material inventory stored at this location. | ☐ No<br>☒ Yes |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

| Debtor | Uni-Pixel, Inc. | Case number (if known) | 17-52100 MEH |
|---|---|---|---|

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|
    | 25.1. Uni-Pixel Displays<br>4699 Old Ironsides Dr.<br>Santa Clara, CA 95054 | Wholly-owned subsidiary | EIN:<br><br>From-To |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | Name and address | Date of service<br>From-To |
    |---|---|
    | 26a.1. Michele Hockemeyer | |
    | 26a.2. Kim Bays | |

| Debtor | Uni-Pixel, Inc. | Case number (if known) | 17-52100 MEH |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.3. Dee Newman | |
| 26a.4. Dave Richardson | |
| 26a.5. Eric Malick | |
| 26a.6. Christine Russell | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. PMB Helin Donovan, LLP<br>P.O. Box 202260<br>Austin, TX 78720 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Eric Malick | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. Rinchem Inc. | N/A | N/A [Inventory of raw chemicals stored at Rinchem] |
| Name and address of the person who has possession of inventory records<br>Rinchem Inc.<br>3835 Wabash Street<br>Colorado Springs, CO 80906 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | Uni-Pixel, Inc. | | Case number (if known) | 17-52100 MEH |
|---|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Hawthorne | 230 Sequoia Ave.<br>Palo Alto, CA 94306 | Sole Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christine Russell | 17165 Pine Street<br>Los Gatos, CA 95032 | Principal Accounting Officer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☐ No
   ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sam Young | | Director | Resigned 08/24/17 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Malcolm Thompson | | Co-Chairman of the Board of Directors | Resigned 08/24/17 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Doran | | Director | Resigned 08/24/17 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ross Young | | Director | Resigned 08/24/17 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anthony LeVecchio | | Co-Chairman of the Board of Directors | Resigned 08/24/17 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ■ Yes. Identify below.

| Debtor | Uni-Pixel, Inc. | Case number (if known) | 17-52100 MEH |
|---|---|---|---|

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Uni-Pixel Inc. | EIN: 75-2926437 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 25, 2017**

**/s/ Jeff Hawthorne**
Signature of individual signing on behalf of the debtor

**Jeff Hawthorne**
Printed name

Position or relationship to debtor **Principal Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes