McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
MICHAEL C. ABEL (CSBN 187743)
SHANE J. MOSES (CSBN 250533)
THOMAS B. RUPP (CSBN 278041)
219 9th Street
San Francisco, California 94103
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>UNI-PIXEL, INC.,<br>UNI-PIXEL DISPLAYS, INC.,<br><br>Debtors. | Case No. 17-52100 MEH<br>(Jointly Administered with<br>Case No. 17-52101)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON SHORTENED TIME ON MOTION FOR ORDER APPROVING BID PROCEDURES FOR THE SALE AND AUCTION OF DEBTORS' ASSETS; APPROVING BID PROTECTIONS; AND SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE**<br><br>Judge: Hon. M. Elaine Hammond<br>Date: October 12, 2017<br>Time: 10:30 a.m.<br>Judge: Hon. M. Elaine Hammond<br>Place: Courtroom 3020<br>United States Bankruptcy Court<br>280 South First Street<br>San Jose, CA 95113 |

**TO: UNITED STATES TRUSTEE, ALL CREDITORS, EQUITY HOLDERS AND PARTIES IN INTEREST**

**PLEASE TAKE NOTICE THAT** a hearing will be held, pursuant to an order shortening time, at on **October 12, at 10:30 a.m.**, on the MOTION FOR ORDER APPROVING BID PROCEDURES FOR THE SALE AND AUCTION OF DEBTORS' ASSETS; APPROVING BID PROTECTIONS; AND SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE (the "Bid Procedures Motion"), filed by Uni-Pixel, Inc. ("Uni-Pixel, Inc.") and Uni-Pixel Displays, Inc. ("Uni-Pixel Displays," and together with Uni-Pixel, Inc. the "Debtors" or "Uni-Pixel"), Debtors and debtors-in-possession in the above captioned Chapter 11 reorganization cases. The hearing will be held before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, in her Courtroom at the United States Bankruptcy Court, located at 280 South First Street, San Jose, California, 95113.

**PLEASE TAKE FURTHER NOTICE** that the Bid Procedures and Sale Motion is based upon this notice; the Bid Procedures Motion; the Declaration of Jeff Hawthorne filed in support of the Bid Procedures Motion; the papers on file in this bankruptcy case; and on such arguments or evidence as may be presented at the hearing. Copies of the Bid Procedures Motion and accompanying documents filed in support thereof can be obtained from the Bankruptcy Court or by contacting McNutt Law Group LLP at (415) 995-8475.

**PLEASE TAKE FURTHER NOTICE** that concurrently with the filing of the Bid Procedures Motion, the Debtors filed the MOTION FOR ORDER APPROVING SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, AND GRANTING RELATED RELIEF (the "Sale Motion"). The Sale Motion seeks authorization to sell substantially all of the Debtors' Assets, including material terms of the proposed sale, request to sell free and clear of liens, and request for determination that purchaser is a "good faith" purchaser. The hearing on the Sale Motion is scheduled for November 2, 2017.

**PLEASE TAKE FURTHER NOTICE** that the Bid Procedures Motion seeks approval of the process through which the sale will take place, including various procedures proposed by the Debtors regarding bidding on the Debtors' assets being sold, how to qualify as a bidder, requirements for bids, the deadline for bids, procedures for an auction if there are multiple qualified bidders, and certain bid protections regarding the stalking horse bid that is the subject of the Sale Motion. Collectively, these procedures and protections are referred to herein as the "Bid Procedures."

**PLEASE TAKE FURTHER NOTICE** Since the commencement of these cases, the Debtors believed – and continue to believe – that a prompt sale of assets is in the best interests of all parties. The Debtors have negotiated the terms for the sale of substantially all of their assets and want to proceed to closing that deal as promptly as possible. However, the Debtors are also determined to conduct a sale in the event that there are other parties interested in purchasing the assets on the same terms as proposed in the Sale Motion. In the interest of avoiding delays to closing the proposed transaction, the Debtors scheduled the hearing to approve the procedures for competitive bidding on shortened time to allow any other interested parties a fair opportunity to bid on the assets.

/ / /

/ / /

/ / /

/ / /

**PLEASE TAKE FURTHER NOTICE** that the proposed Bid Procedures are summarized as follows:[1]

1. <u>Participation Requirements</u>: In order to participate in the bidding process and Auction, a person or entity interested in the Assets ("Potential Bidder") must first deliver to the Debtors and counsel (i) proof of ability to perform, which should include, *inter alia*, the Potential Bidder's current financial statements (audited if they exist) and contact names and numbers for verification of financing sources; (ii) a deposit of $200,000; and (iii) such other documents as the Debtors may reasonably request.

2. <u>Qualified Bidder</u>: A "Qualified Bidder" is a Potential Bidder that delivers the documents described above, and that the Debtors determine is reasonably likely to submit a bona fide offer that would result in greater cash value being received for the benefit of the Debtors' creditors than under the applicable APA and to be able to consummate a sale if selected as a Successful Bidder. Upon the receipt from a Potential Bidder of the information and deposit required, the Debtor shall determine in its sole discretion and notify the Potential Bidder with respect to whether such Potential Bidder is a Qualified Bidder. Future Tech is a Qualified Bidder and is deemed to satisfy all Bid Requirements (defined below).

3. <u>Access and Due Diligence</u>: The Debtors will provide Qualified Bidders with reasonable access to books, records, facilities, management, key personnel, and Debtors' counsel for the purpose of conducting due diligence.

4. <u>Bidding Process</u>: The Debtor and its advisors shall (i) determine whether a Potential Bidder is a Qualified Bidder; (ii) coordinate the efforts of Bidders in conducting their due diligence investigations, as permitted by the provisions above; (iii) receive offers from Qualified Bidder; and (iv) negotiate any offers made to purchase the Assets (collectively, the "Bidding Process"). The Debtors shall have the right to adopt such other rules for the Bidding Process (including rules that may depart from those set forth herein) that will better promote the goals of the Bidding Process.

5. <u>Bid Deadline</u>: The Debtors propose that the deadline for submitting bids by a Qualified Bidder be two (2) business days prior to the Auction (the "Bid Deadline"), or such other date as determined by the Debtors.

6. <u>Bid Requirements</u>: To be eligible to participate in the Auction, each Bid and each Qualified Bidder submitting such Bid must agree that they are making an offer to purchase the same property and assets that comprise the Assets.

(i) each Bid must be accompanied by a deposit (the "Good Faith Deposit") in the form of a certified check or cashier's check payable to the order of McNutt Law Group LLP in an amount equal to $200,000;

---

[1] The following is a summary only and parties should review appropriate sections of the Bid Procedures Motion for additional information. Capitalized terms used in the summary that are not otherwise defined shall have the meanings ascribed to them in the Bid Procedures Motion and Sale Motion.

(ii) the consideration proposed by the Bid may include cash only;

(iii) the "Initial Minimum Overbid" must not be less than $1,725,000 ($150,000 plus the Breakup Fee);

(iv) a Bid must be irrevocable until the earlier of (a) closing the transaction with the Successful Bidder or (b) unless the Bid is selected as the Back-Up Bid, the date that the Sale Order has become final and non-appealable ("Termination Date");

(v) the Bid must be on terms that, in the Debtors' business judgment, are substantially the same or better than the terms of the APA, and must include the executed agreement pursuant to which the Qualified Bidder proposes to effectuate the contemplated transaction (the "Contemplated Transaction Documents"), together with a copy of the APA marked to show all changes requested by Bidder;

(vi) the Contemplated Transaction Documents must include a commitment to close as soon as practicable after entry of the Sale Order;

(vii) the Contemplated Transaction Documents must include an express agreement by the Qualified Bidder that, if the Qualified Bidder is the Successful Bidder at the Auction, then the Qualified Bidder will reimburse Future Tech for any Administrative Rent (as defined in the APA) paid to the landlord of the Debtors' Colorado Facility under Section 8 of the APA and pursuant to the Administrative Rent Agreement;

(viii) a Bid may not be conditioned on obtaining financing or any internal approval or otherwise subject to contingencies more burdensome (as determined by the Debtors) than those in the APA;

(ix) A Bid must contain written evidence satisfactory to the Debtors of a commitment for financing or other evidence of the ability to consummate the sale with appropriate contact information for such financing sources; and

(x) a Bid may not request or entitle the Qualified Bidder to any break-up fee, termination fee, expense reimbursement, or similar type of payment, and by submitting a Bid, a Bidder shall be deemed to waive the right to pursue a substantial contribution claim under Section 503 of the Bankruptcy Code related in any way to the submission of its Bid or the Bid Procedures.

A Bid received from a Qualified Bidder before the Bid Deadline that meets the above requirements shall constitute a "Qualified Bid," if the Debtors believe that such Bid would be consummated if selected as the Successful Bid. In the event that any Bidder is determined by the Debtors not to be a Qualified Bid, the Bidder shall be refunded its Good Faith Deposit on or before the date that is seven (7) days after entry of the Sale Order. The Debtors shall have the right to reject any and all Bids that they believe do not comply with the Bid Procedures. For purposes hereof, the APA shall constitute a Qualified Bid and Future Tech shall be deemed to be a Qualified Bidder that has satisfied the Bid Requirements.

**PLEASE TAKE FURTHER NOTICE** that the proposed Bid Protections are summarized as follows:

1. <u>Breakup Fee</u>: The Debtors have agreed to pay Future Tech the amount of $75,000 in the event that: (i) Future Tech is not approved by the Bankruptcy Court as the Successful Bidder for the Assets, and (ii) Future Tech is not in default of its obligations under the APA.

2. <u>Overbid Protection</u>: As noted above, any initial bid submitted by a party or parties other than Future Tech (the "Initial Overbid") must be not less than $1,725,000 (which exceeds Future Tech's initial bid by $225,000), and $25,000 bid increments thereafter.

C. <u>Auction</u>

An auction ("Auction") will take place in the Bankruptcy Court at the time and date of the hearing on the sale of the Debtors' Assets pursuant to this Bid Procedures and Sale Motion, to determine the highest and best bid for the Assets. No later than the day prior to the commencement of the Auction, the Debtors will notify all Qualified Bidders including Future Tech of the highest and best Qualified Bid, as determined by the Debtors in their discretion (the "Baseline Bid"). If no higher and better offer is obtained at the Auction, then Future Tech will be deemed the Successful Bidder for the Assets, the APA will be the Successful Bid for the Assets, and the Debtors will seek approval of and seek to consummate the Sale contemplated by the APA.

If there is an Auction, it shall be conducted according to the Bid Procedures. During the Auction, bidding shall begin with the highest Baseline Bid as to the Assets and subsequently continue in minimum increments of $25,000.

Upon conclusion of the bidding, the Auction shall be closed and the Debtors shall identify the highest and best offer (the "Successful Bid") and the entity submitting such Successful Bid (the "Successful Bidder"), which highest and best offer will provide the greatest amount of net value to the Debtors, and the next highest or otherwise best offer after the Successful Bid (the "Back-up Bid") and the entity submitting the Back-up Bid (the "Back-up Bidder"), and advise the Qualified Bidders of such determination. Upon two (2) business days' prior notice by the Debtors, the Back-up Bidder selected by the Debtors must immediately proceed with closing of the transaction contemplated by the Back-up Bid in the event that the transaction with the Successful Bidder is not consummated for any reason. If Future Tech's final bid is deemed to be highest and best at the conclusion of the Auction, Future Tech will be the Successful Bidder, and such bid, the Successful Bid. The Debtor shall sell the Assets to the Successful Bidder upon approval of the Successful Bid by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Shortening Time, any opposition to the Bid Procedures Motion may be filed with the Court prior to the Hearing or at the Hearing.

DATED: October 3, 2017    McNUTT LAW GROUP LLP

By:    /s/ *Michael C. Abel*
Michael C. Abel
Proposed Attorneys for Debtors