McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
MICHAEL C. ABEL (CSBN 187743)
THOMAS B. RUPP (CSBN 278041)
219 9th Street
San Francisco, California 94103
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Debtors

The following constitutes
the order of the court. Signed October 17, 2017

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>UNI-PIXEL, INC.,<br>UNI-PIXEL DISPLAYS, INC.,<br><br>Debtors. | Case No. 17-52100 MEH<br>(Jointly Administered with<br>Case No. 17-52101)<br><br>Chapter 11<br><br>**ORDER ON MOTION FOR ORDER APPROVING BID PROCEDURES FOR THE SALE AND AUCTION OF DEBTORS' ASSETS; APPROVING BID PROTECTIONS; AND SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE**<br><br>Judge: Hon. M. Elaine Hammond<br>Date: October 12, 2017<br>Time: 10:30 a.m.<br>Judge: Hon. M. Elaine Hammond<br>Place: Courtroom 3020<br>United States Bankruptcy Court<br>280 South First Street<br>San Jose, CA 95113 |

The Court, having duly considered the MOTION FOR ORDER APPROVING BID PROCEDURES FOR THE SALE AND AUCTION OF DEBTORS' ASSETS; APPROVING BID PROTECTIONS; AND SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE (the "Bid Procedures Motion"), jointly filed by Uni-Pixel, Inc., and Uni-Pixel Displays, Inc., the debtors and debtors-in-possession in the above-captioned Chapter 11 bankruptcy proceedings (the "Debtors"), and the accompanying declaration of Jeff Hawthorne in support thereof, all other pleadings and papers filed in connection

with or in opposition to the Bid Procedure Motion, and the arguments of counsel at the hearing, finding that notice of the Bid Procedures Motion is adequate under the circumstances, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The relief requested in the Bid Procedures Motion is granted as set forth herein;

2. The Bid Procedures as set forth on the attached **Exhibit 1** are approved in their entirety, and are incorporated herein by this reference.

3. The proposed Auction and the Sale Hearing (as defined below) shall be conducted in accordance with the Bid Procedures.

4. If the Debtors receive more than one Qualified Bid (as defined in the Bid Procedures), an auction (the "Auction") will be held on November 2, 2017, at 1:30 p.m. in the courtroom identified on the first page of this order.

5. In consideration for the Buyer having expended considerable time and expense in connection with the APA and the negotiation thereof, the Court approves the Breakup Fee to be paid in accordance with and subject to the conditions provided for in the APA. The Debtors are authorized to pay the Breakup Fee to the extent payable to Buyer pursuant to the terms of the APA solely from the proceeds of a successful overbid after such sale has been approved and closes in accordance with the subject documentation.

6. The hearing regarding the acceptance of the Successful Bid and Backup Bid and approval of the Sale (the "Sale Hearing") shall be held on November 2, 2017, at 1:30 p.m. in the courtroom identified on the first page of this order.

7. The Debtors are authorized to take any and all actions necessary or appropriate to implement the Bid Procedures and other provisions of this order.

8. In the event there is any dispute between the Debtors and the Official Committee of Unsecured Creditors regarding the implementation of the Bid Procedures, the parties shall first attempt to resolve the dispute consensually and then request direction from the Court in the event they are not able to resolve on their own.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this order.

APPROVED AS TO FORM:

Dated: October 13, 2017  PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *John W. Lucas*
John W. Lucas
Proposed Attorneys for the Official Committee of Unsecured Creditors of Uni-Pixel, Inc.

**EXHIBIT 1**
**(Bid Procedures)**

4

**Bid Procedures**

1. <u>Participation Requirements</u>: In order to participate in the bidding process and Auction, a person or entity interested in the Assets ("Potential Bidder") must first deliver to the Debtors and counsel (i) proof of ability to perform, which should include, *inter alia*, the Potential Bidder's current financial statements (audited if they exist) and contact names and numbers for verification of financing sources; (ii) a deposit of $200,000; and (iii) such other documents as the Debtors and the Official Committee of Unsecured Creditors ("Committee") may reasonably request. All information provided to the Debtors and counsel shall also be shared with the Committee and its counsel promptly after receipt.

2. <u>Qualified Bidder</u>: A "Qualified Bidder" is a Potential Bidder that delivers the documents described above, and that the Debtors and the Committee jointly determine, is higher and better than under the applicable APA and to be able to consummate a sale if selected as a Successful Bidder. Upon the receipt from a Potential Bidder of the information and deposit required, the Debtors and the Committee shall jointly determine and notify the Potential Bidder with respect to whether such Potential Bidder is a Qualified Bidder. Future Tech is a Qualified Bidder and is deemed to satisfy all Bid Requirements (defined below).

3. <u>Access and Due Diligence</u>: The Debtors will provide Qualified Bidders with reasonable access to books, records, facilities, management, key personnel, and Debtors' counsel for the purpose of conducting due diligence.

4. <u>Bidding Process</u>: The Debtors and the Committee, and their respective advisors, shall (i) determine whether a Potential Bidder is a Qualified Bidder; (ii) coordinate the efforts of Bidders in conducting their due diligence investigations, as permitted by the provisions above; (iii) receive offers from Qualified Bidder; and (iv) negotiate any offers made to purchase the Assets (collectively, the "Bidding Process"). The Debtors and Committee shall have the right to jointly adopt such other rules for the Bidding Process (including rules that may depart from those set forth herein) that will better promote the goals of the Bidding Process.

5. <u>Bid Deadline</u>: The Debtors propose that the deadline for submitting bids by a Qualified Bidder be two (2) business days prior to the Auction (the "Bid Deadline"), or such other date as jointly determined by the Debtors and Committee.

6. <u>Bid Requirements</u>: To be eligible to participate in the Auction, each Bid and each Qualified Bidder submitting such Bid must agree that they are making an offer to purchase the same property and assets that comprise the Assets.

    (i) each Bid must be accompanied by a deposit (the "Good Faith Deposit") in the form of a certified check or cashier's check payable to the order of McNutt Law Group LLP in an amount equal to $200,000;

    (ii) the consideration proposed by the Bid may include cash only;

    (iii) the "Initial Minimum Overbid" must not be less than $1,650,000 ($75,000 plus the Breakup Fee);

    (iv) a Bid must be irrevocable until the earlier of (a) closing the transaction with

the Successful Bidder or (b) unless the Bid is selected as the Back-Up Bid, the date that the Sale Order has become final and non-appealable ("Termination Date");

(v) the Bid must be on terms that, in the Debtors' and Committee's business judgment, are substantially the same or better than the terms of the APA, and must include the executed agreement pursuant to which the Qualified Bidder proposes to effectuate the contemplated transaction (the "Contemplated Transaction Documents"), together with a copy of the APA marked to show all changes requested by Bidder;

(vi) the Contemplated Transaction Documents must include a commitment to close as soon as practicable after entry of the Sale Order;

(vii) the Contemplated Transaction Documents must include an express agreement by the Qualified Bidder that, if the Qualified Bidder is the Successful Bidder at the Auction, then the Qualified Bidder will reimburse Future Tech for any Administrative Rent (as defined in the APA) paid to the landlord of the Debtors' Colorado Facility under Section 8 of the APA and pursuant to the Administrative Rent Agreement;

(viii) a Bid may not be conditioned on obtaining financing or any internal approval or otherwise subject to contingencies more burdensome (as determined by the Debtors with input from the Committee) than those in the APA;

(ix) A Bid must contain written evidence satisfactory to the Debtors and Committee of a commitment for financing or other evidence of the ability to consummate the sale with appropriate contact information for such financing sources; and

(x) a Bid may not request or entitle the Qualified Bidder to any break-up fee, termination fee, expense reimbursement, or similar type of payment, and by submitting a Bid, a Bidder shall be deemed to waive the right to pursue a substantial contribution claim under Section 503 of the Bankruptcy Code related in any way to the submission of its Bid or the Bid Procedures.

A Bid received from a Qualified Bidder before the Bid Deadline that meets the above requirements shall constitute a "Qualified Bid," if the Debtors and Committee jointly believe that such Bid would be consummated if selected as the Successful Bid. In the event that any Bidder is determined by the Debtors not to be a Qualified Bid, the Bidder shall be refunded its Good Faith Deposit on or before the date that is seven (7) days after entry of the Sale Order. The Debtors and the Committee shall have the right to jointly reject any and all Bids that they believe do not comply with the Bid Procedures. For purposes hereof, the APA shall constitute a Qualified Bid and Future Tech shall be deemed to be a Qualified Bidder that has satisfied the Bid Requirements.

**Bid Protections**

1. <u>Breakup Fee</u>: The Debtors have agreed to pay Future Tech the amount of $75,000 in the event that: (i) Future Tech is not approved by the Bankruptcy Court as the Successful Bidder for the Assets, (ii) Future Tech is not in default of its obligations under the APA, and (iii) the Debtors obtain approval of a separate asset purchase agreement, the proceeds of which will be used to pay the breakup fee after the closing of such sale.

2. <u>Overbid Protection</u>: As noted above, any initial bid submitted by a party or parties other than Future Tech (the "Initial Overbid") must be not less than $1,650,000 (which exceeds Future Tech's initial bid by $150,000), and $25,000 bid increments thereafter.

**Auction**

An auction ("Auction") will take place in the Bankruptcy Court on November 2, 2017, at 1:00 p.m., the time and date of the hearing on the sale of the Debtors' Assets, to determine the highest and best bid for the Assets. No later than the day prior to the commencement of the Auction, the Debtors will notify all Qualified Bidders including Future Tech of the highest and best Qualified Bid, as jointly determined by the Debtors and Committee, in their discretion (the "Baseline Bid"). If no Qualified Bids other than Future Tech's are received prior to the Auction, then Future Tech will be deemed the Successful Bidder for the Assets, the APA will be the Successful Bid for the Assets, and the Debtors will seek approval of and seek to consummate the Sale contemplated by the APA.

If there is an Auction, it shall be conducted according to the Bid Procedures. During the Auction, bidding shall begin with the highest Baseline Bid as to the Assets and subsequently continue in minimum increments of $25,000.

Upon conclusion of the bidding, the Auction shall be closed and the Debtors and Committee shall jointly identify the highest and best offer (the "Successful Bid") and the entity submitting such Successful Bid (the "Successful Bidder"), which highest and best offer will provide the greatest amount of net value to the Debtors, and the next highest or otherwise best offer after the Successful Bid (the "Back-up Bid") and the entity submitting the Back-up Bid (the "Back-up Bidder"), and advise the Qualified Bidders of such determination. Upon two (2) business days' prior notice by the Debtors, the Back-up Bidder selected by the Debtors must immediately proceed with closing of the transaction contemplated by the Back-up Bid in the event that the transaction with the Successful Bidder is not consummated for any reason. If Future Tech's final bid is deemed to be highest and best at the conclusion of the Auction, Future Tech will be the Successful Bidder, and such bid, the Successful Bid. The Debtors shall sell the Assets to the Successful Bidder upon approval of the Successful Bid by the Bankruptcy Court.

**END OF ORDER**

# COURT SERVICE LIST

*All Registered ECF Participants*