1  WILLIAM S. BRODY (SBN: 136136)
   JEANNIE KIM (SBN: 270713)
2  BUCHALTER
   A Professional Corporation
3  1000 Wilshire Boulevard, Suite 1500
   Los Angeles, CA 90017-2457
4  Telephone: (213) 891-0700
   Facsimile: (213) 896-0400
5  Email: wbrody@buchalter.com

6  Attorneys for Silicon Valley Bank

7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 In re                                    Case No. 17-52100 MEH
                                            (Jointly Administered with Case No. 17-52101)
13 UNI-PIXEL, INC.,
   UNI-PIXEL DISPLAYS, INC.,                Chapter 11
14
            Debtors.                        **STIPULATION BETWEEN DEBTORS
15                                          AND SILICON VALLEY BANK
                                            REGARDING RELIEF FROM
16                                          AUTOMATIC STAY RE DEPOSIT
                                            ACCOUNT**
17
                                            [No Hearing Requested]
18
   **I.      PARTIES**
19
        This Stipulation ("Stipulation") is entered into by and between counsel for (i) Kari
20
   Bowyer, the duly appointed Chapter 7 Trustee for the bankruptcy estate of Uni-Pixel, Inc. and
21
   Uni-Pixel Displays, Inc. ("Trustee") in the above-captioned case (the "Case"), on the one hand,
22
   and (ii) Silicon Valley Bank ("Secured Creditor"), on the other hand. The Trustee and Secured
23
   Creditor shall be collectively referred to herein as the "Parties."
24
   **II.     RECITALS**
25
        The Parties enter into this Stipulation with reference to the following facts:
26
        A.       Prior to commencement of its bankruptcy case, Uni-Pixel Displays, Inc. ("UPD")
27
   maintained a deposit account (Account No. xxxx3161) (the "Deposit Account"). The account
28
   BN 31412528V3                          1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

STIPULATION BETWEEN DEBTORS AND SILICON VALLEY BANK RE RELIEF FROM
AUTOMATIC STAY

1  balance in the Deposit Account is $50,043.82.

2      B.      UPD is obligated to Secured Creditor for an indebtedness in the amount of

3  $49,428.26 (the "Obligations") arising under a Master Card credit card account with Silicon

4  Valley Bank.

5      C.      Pursuant to the terms of the Bank Depositor Agreement (Business Deposit

6  Accounts) dated as of June 30, 2015 (the "Deposit Account Agreement") and the Silicon Valley

7  Bank Master Card Business Card Schedule Terms and Conditions (Effective November 14, 2016)

8  (the "Merchant Card Agreement"), Secured Creditor has a perfected security interest in the

9  account balance in the Deposit Account securing the Obligations and right to offset set such

10  account balance in the Deposit Account pursuant to section 9340 of the Uniform Commercial

11  Code.  Copies of the Deposit Account Agreement and Merchant Card Agreement are attached

12  hereto as Exhibits 1 and 2, respectively.

13      D.      Further, pursuant to section 9104(a)(1) of the Uniform Commercial Code, "a

14  secured party has control of a deposit account if … (1) the secured party is the bank with which

15  the deposit account is maintained."  UCC § 9104(a)(1).  Pursuant to section 9314(a), a security

16  interest in a deposit account is "perfected by control of the collateral under Section … 9104 …"

17  UCC § 9314(a).

18      E.      Pursuant to the UCC and operative agreements, Secured Creditor has a valid,

19  existing, perfected security interest in the Deposit Account.

20      F.      UPD defaulted under the Merchant Card Agreement by failing to pay the

21  Obligations when due.

22      G.      On August 30, 2017 (the "Petition Date"), UPD and Uni-Pixel, Inc. (collectively,

23  the "Debtors") each filed voluntary petitions under chapter 11 of the Bankruptcy Code.  On

24  September 20, 2017, the Court entered an order authorizing the joint administration of UPD's and

25  Uni-Pixel, Inc.'s chapter 11 bankruptcy cases.  *See* Docket No. 28.

26      H.      On February 21, 2018, the Court granted the Debtors' motion to convert their

27  cases to ones under chapter 7 of the Bankruptcy Code.  *See* Docket No. 153.

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

I.       On February 28, 2018, the Trustee was appointed to administer the Debtors' estates.

J.       The Trustee consents to the setoff and exercise by Secured Creditor of its UCC rights and interest with respect to the account balance in the Deposit Account against the Obligations (the "Setoff Rights"), and the immediate granting of relief from the automatic stay in favor of Secured Creditor to exercise the Setoff Rights.

**III.    STIPULATION**

**WHEREFORE,** based on the above, the Parties hereby agree and stipulate as follows:

1.       Recitals.  The recitals above are incorporated herein by this reference, are agreed to by the Parties, and are a material part of this Stipulation.

2.       Relief from Stay and Setoff.  Immediately upon entry of an order approving this Stipulation, the automatic stay imposed pursuant to section 362(a) of the Bankruptcy Code shall be terminated and relief from such stay shall be granted in favor of Secured Creditor, its successors, transferees, and assigns, to permit Secured Creditor to exercise all rights and remedies, including Setoff Rights, with respect to the Deposit Account (the "Stay Relief").

a.       SVB agrees to waive late fees charged in the amount of $2,272.73.

b.       After SVB sets off the balance due as of the Petition Date, which amount the Parties acknowledge and agree is $45,568.88 before late fees, against the funds in the Deposit Account, the balance of $4,474.94 remaining in the Deposit Account as of the Petition Date ("Remaining Balance") shall be delivered to Kari Bowyer, Trustee, by check payable to "Estate of Uni-Pixel, Inc." at 5339 Prospect Rd., PMB 245, San Jose, CA 95129.

c.       Following payment of the Remaining Balance, SVB's proof of claim ascribed number 60 on the Court's register of claims shall be deemed withdrawn.

3.       Waiver of Stay of Order.  The 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) shall be waived with respect to an order approving this Stipulation and granting the Stay Relief.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

**STIPULATION BETWEEN DEBTORS AND SILICON VALLEY BANK RE RELIEF FROM AUTOMATIC STAY**

4.     <u>Further Assurances</u>. The Parties are authorized and shall execute and deliver such additional documents and take such additional action as may be necessary or desirable to effectuate the provisions and purposes of this Stipulation, the Stay Relief, and the Setoff Rights.

5.     <u>Counterparts</u>. Although the Parties may execute this Stipulation in more than one counterpart, each such originally signed counterpart constitutes an original, and all of them constitute one and the same Stipulation.

6.     <u>Delivery of Documents</u>. The executed Stipulation may be delivered by facsimile or e-mail, and the Stipulation so delivered shall be effective and binding on the party who signed the Stipulation.

7.     <u>Conditions Precedent</u>. Approval by the Bankruptcy Court. The provisions of this Stipulation shall become effective and binding upon the entry of an order of the Bankruptcy Court approving this Stipulation.

**IT IS SO STIPULATED:**

DATED: May 29, 2018             BUCHALTER
A Professional Corporation


By:    /s/ Jeannie Kim
                 WILLIAM S. BRODY
                 JEANNIE KIM
        Attorneys for Silicon Valley Bank

DATED: May 29, 2018             RINCON LAW LLP


By:    */s/ Gregg S. Kleiner*
                GREGG S. KLEINER
       Attorneys for Chapter 7 Trustee

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 31412528V3            4